IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Madison Chiropractic & Nutrition Center, LLC<br>EIN: xx-xxx0856 | ) ) ) ) | Case No.: 18-82075-CRJ-11 |
| Debtor. | ) | CHAPTER 11 |

**DEBTOR'S MOTION FOR A DETERMINATION OF TAX LIABILITY**

COMES NOW Madison Chiropractic & Nutrition Center, LLC ("Debtor"), and pursuant to 11 U.S.C. § 505, files this Motion for a Determination of Tax Liability owed to creditor United States of America, Department of the Treasury, Internal Revenue Service ("IRS") on the grounds that follow:

1. On July 13, 2018 the Debtor commenced with this Court a voluntary case under Chapter 11 of Title 11, United States Code.

2. The Debtor continues to be authorized to operate the business as Debtor-in-Possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. Prior to the Chapter 11 filing, the Debtor had not filed several tax returns, and IRS claimed that the Debtor was indebted to it for a sum exceeding $100,000.00. IRS made demand on the Debtor to pay it $71,419.76 by July 17, 2018 or else face immediate levy action. Such levy action is currently stayed by 11 U.S.C. § 362.

4. As of the date of this Motion, the Debtor has filed its outstanding tax returns and has amended other past returns. Consequently, the Debtor is up to date on its federal tax reporting requirements.

5. IRS has not filed a proof of claim in this case.

6. Based on its filed and amend returns, the Debtor believes that its total outstanding indebtedness to IRS is approximately $65,000.00 with applicable penalties and interest.

7. A prompt determination of the Debtor's outstanding liability to IRS is important because the Debtor is currently exploring options to propose in a plan of reorganization, including a potential sale of its assets to a third-party. Before the Debtor devotes substantial resources to exploring any sale, it needs to know its outstanding total indebtedness to determine the feasibility of any proposed plan of reorganization.

8. Pursuant to 11 U.S.C. § 505, the Debtor requests that this Court enter an order determining the totality of its outstanding liabilities owed to the IRS.

WHEREFORE, premises considered, the Debtor, Madison Chiropractic & Nutrition Center, LLC, respectfully requests that this Honorable Court enter an Order:

A. Determining, pursuant to 11 U.S.C. § 505, the totality of its outstanding liabilities to the United States of America, Department of the Treasury, Internal Revenue Service; and

B. Granting such further relief as this Court deems just and proper.

Respectfully submitted this the 19th day of July, 2018.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys for the Debtor-in-Possession*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
Fax: (256) 512-9837

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by electronic service through the Court's CM/ECF system and/or by depositing same in the United States mail, postage prepaid, this 19th day of July, 2018.

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

United States Attorney
Northern District of Alabama
1801 4th Avenue North
Birmingham, AL 35203

Richard O'Neal, Esq.
United States Attorney's Office
1801 4th Avenue North
Birmingham, AL 35203

Richard M. Blythe, Esq.
Bankruptcy Administrator's Office
P. O. Box 3045
Decatur, AL 35602