## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Madison Chiropractic & Nutrition **CASE NO. :** 18-82075-CRJ-11  **MONTH ENDING:** July 2018
Center, LLC

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES **X** NO___   All post petition business taxes have been paid/deposited and the deposit
slips are attached.

   YES___ NO **X**   All post petition individual taxes have been paid and the deposit slips are
attached.   N/A FOR LLC

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | | AMOUNT |
   |---|---|---|
   | _____ | $ | _____ |
   | _____ | $ | _____ |
   | _____ | $ | _____ |
   | _____ | $ | _____ |

2. YES **X** NO___   Adequate insurance on all assets/property including fire, theft, liability, collision
and casualty and workman's compensation (if applicable) is currently in full force
and effect.

   If no, enter:      TYPE_____not in force.

   TYPE_____not in force.

3. YES___ NO **X**   New books and records were opened and are being maintained daily.

4. YES **X** NO___   Copies of <u>all</u> banks statements and reconciliations are attached .

5. YES **X** NO___   I have otherwise complied with all requirements of the Chapter 11
Operating Order.

6. YES___ NO **X**   All financial statements filed with the Bankruptcy Clerk's Office are
prepared in accordance with generally accepted accounting principles.
Prepared on a cash basis, which is an accounting principle other than GAAP

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 08|16|18 _____        _____
                                         RESPONSIBLE PARTY

Phone No. _____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Madison Chiropractic & Nutrition **CASE NO. :** 18-82075-CRJ-11   **MONTH ENDING:** July 2018
Center, LLC

**Attach Business Forms BA-02(A-D)**
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT<br>-Accrual   (Circle One)   ⃝Cash |
|---|---|

| | |
|---|---|
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month. | **CASH BASIS** |
| | 1.  REVENUE FROM TOTAL SALES     $ 63,920 |
| A.   CASH ON HAND (Beginning) 8333 ✓<br>RECONCILED REGISTER BAL.<br>B.   RECEIPTS: | 2.  LESS COST OF THOSE SALES     0.00<br>(Cost of materials, Labor, etc.) |
| Accounts Receivable from Form BA-02(A)-Line II(C)   25106 | 3.  EQUALS GROSS PROFIT (1 minus 2)   63,920 |
| Cash Sales     38,815 | 4.  LESS OPERATING EXPENSES     65,517 |
| Loan Proceeds from_____ | 5.  EQUALS NET PROFIT OPERATIONS (3 minus 4)   (1,597) |
| Sale of Property _____<br>(Not in ordinary course of business) | 6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) |
| Other P/R LIAB TIMING   2,545 | |
| _____ _____ | _____ _____ |
| C.   TOTAL RECEIPTS     63,920<br>(Total of B) | _____ _____ |
| | _____ _____ |
| D.   BUSINESS DISBURSEMENTS FROM FORM BA-02(B)   65,517 | |
| E.   SURPLUS OR DEFICIT   (1597) ✓<br>(C minus D) | 7.   EQUALS NET PROFIT OR NET LOSS   $ (1,597)<br>(5 plus or minus 6) |
| F.   CASH ON HAND (End)   9311 ✓<br>(A plus E) | *** Please itemize Cost of Sales and Expenses on a separate sheet of paper.** |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 08/16/18

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Madison Chiropractic & Nutrition Center, LLC    CASE NO. : 18-82075-CRJ-11    MONTH ENDING: July 2018

**Attach to Business Form BA-02**

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.    **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.    **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A.    Amount collected this month on accounts receivable charged and paid this month.    $ 0.00

B.    Amount collected this month on accounts receivable charged in prior months and paid this month.    $ 25,106

C.    TOTAL collected this month on accounts receivable.    $ 25,106

III.    **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| BCBS | $ 20,963 | | | | $ 20,963 |
| Major Medical | 42 | | | | 42 |
| Medicare | 2483 | | | | 2483 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ 23,488 | | | | $ 23,488 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 08/16/18

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Madison Chiropractic & Nutrition CASE NO. : 18-82075-CRJ-11    MONTH ENDING: July 2018
Center, LLC

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES......................................$_____
ADVERTISING.........................................._____
AUTOMOBILES/VEHICLES (repairs & maintenance)........._____
COMMISSIONS/CONTRACT LABOR..........................._____
INSURANCE (TOTAL)...................................._____
    AUTO                    $_____
    LIABILITY                _____
    LIFE                     _____
    MEDICAL                  _____     See internally prepared financial
    CASUALTY                 _____     statements appended to report.
    FIRE & THEFT             _____
    WORKMAN'S COMP.          _____
    OTHER _____   _____
INTEREST PAID........................................_____
INVENTORY PURCHASED.................................._____
LEGAL FEES..........................................._____
POSTAGE.............................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE..................._____
REPAIRS & MAINTENANCE................................_____
SALARIES/WAGES PAID.................................._____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)].........._____
SUPPLIES (TOTAL)....................................._____
    OFFICE                  $_____
    OPERATING                _____
TRAVEL & ENTERTAINMENT..............................._____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]............._____
UNSECURED LOAN PAYMENTS.............................._____
UTILITIES (TOTAL)...................................._____
    ELECTRICITY             $_____
    GAS                      _____
    TELEPHONE                _____
    WATER                    _____
    OTHER _____   _____

OTHER BUSINESS DISBURSEMENTS         _____
(Specify)                            _____          $_____

TOTAL BUSINESS DISBURSEMENTS.........................$_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 08/16/18 _____          _____
                                       RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Madison Chiropractic & Nutrition CASE NO.: 18-82075-CRJ-11    MONTH ENDING: July 2018
Center, LLC

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
(Check, if true.)

2. _____ No secured loan payments have been paid during this month.
(Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| No secured creditors | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _08/16/18_

_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Madison Chiropractic & Nutrition Center, LLC   **CASE NO. :** 18-82075-CRJ-11   **MONTH ENDING:** July 2018

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 7/6/18 | 7,415.30 | 1650.34 | " PAID " | | |
| 7/13/18 | 6,656.48 | 1484.24 | " PAID " | | |
| 7/20/18 | 7,014.07 | 1556.98 | " PAID " | | |
| Q2 2018 | | | | 2984.50 | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| Q2 2018 | 21,225 | | | 137.96 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 08/16/18

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02 (D)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Madison Chiropractic & Nutrition Center, LLC  **CASE NO. :** 18-82075-CRJ-11  **MONTH ENDING:** July 2018

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Renasant | ████6646 Checking | 50.97 | 7/31 | Pre |
| PNC | ████5327 Checking | 7743.20 | 7/31 | Pre |
| PNC | ████5335 Checking | 2682.47 | 7/31 | Pre |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | | |
|---|---|---|---|
| Officer #1 (Name) | Dr. Gregory Millar | $ | 4,000 |
| Officer #2 (Name) | | $ | |
| Other Officer (Name) | | $ | |
| Employees (Number) | 10 | $ | 22,849 |
| Employees (Relatives) | | $ | |
| Name | | $ | |
| Name | | $ | |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ 0.00 |
| Inventory - Purchased this Month - CASH | $ 0.00 |
| Inventory - Purchased this Month - CREDIT | $ 0.00 |
| Inventory - End of Month (COST) | $ 0.00 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

**X** A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 08/16/18                    _R. Millar_
                                 RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Madison Chiropractic & Nutrition CASE NO.: 18-82075-CRJ-11    MONTH ENDING: _July 2018_
Center, LLC

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____  A.   All operating expenses since the beginning of this case have
         been paid.  Therefore there are no post-petition accounts
         payable.

### ** OR **

_X_   B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| See attached "bill pay" sheet | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE _08|16|18_                    _____

                                  RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>Madison Chiropractic & Nutrition</u> CASE NO. : 18-82075-CRJ011   MONTH ENDING: <u>July 2018</u>
<u>Center, LLC</u>

### File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

## I.  ASSETS

| Current: | | |
|---|---|---|
| | Cash | $_____ |
| | Inventory | $_____ |
| | Accounts Receivable | $_____ |
| | Other | $_____ |
| | Total Current Assets      (a) | $_____ |

| Fixed: | | |
|---|---|---|
| | Property & Equipment | $_____ |
| | Accumulated Depreciation | $<_____> |
| | Other | $_____ |
| | Total Fixed Assets       (b) | $_____ |

Total Assets                    (a + b) = (c)    $_____


## II. LIABILITIES          SEE ATTACHED CASH-BASIS BALANCE SHEET

| Current: | | |
|---|---|---|
| | Post Chapter 11 Payables | $_____ |
| | Taxes Payable | $_____ |
| | Accrued Professional Fees | $_____ |
| | Accrued Expenses | $_____ |
| | Notes Payable | $_____ |
| | Current Portion Long Term Debt | $_____ |
| | Other | $_____ |
| | Total Current Liabilities (d) | $_____ |

| Long Term Debt: | | |
|---|---|---|
| | Pre-Chapter 11 Payables | $_____ |
| | Notes & Loans Payable | $_____ |
| | Less Current Portion | $<_____> |
| | Other | $_____ |
| | Total Long Term Debt      (e) | $_____ |

Total Liabilities                 (d + e) = (f)    $_____

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH

| | | |
|---|---|---|
| | Capital Stock              (g) | $_____ |
| | Retained Earnings (Deficit)(h) | $_____ |
| | Current Surplus (Deficit)  (i) | $_____ |

Total Liabilities & Stockholder
Equity/Net Worth          (f) + (g) + (h) + (i)   $_____

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE <u>08/16/18</u>                                    _____
                                        RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-04

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Madison Chiropractic & Nutrition Center, LLC   **CASE NO. :** 18-82075-CRJ-11   **MONTH ENDING:** July 2018

### File for Each Quarter
by the 15th of the Month Following the End of the Quarter

## BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

```
TOTAL REVENUE (SALES)                         (a)   $_____
  Cost of Sales:
              Materials              $_____
              Labor                 $_____
              Purchased Services    $_____
     Total Cost of Sales                   (b)   $_____
     Gross Profit              (a - b) = (c)   $_____
OPERATING EXPENSES   SEE ATTACHED CASH-BASIS INCOME STATEMENT FOR QUARTER
                     ENDED
              Management Salary               $_____
              Other Salary Expense            $_____
              Payroll Expenses                $_____
              Outside Services & Contractors  $_____
              Supplies (office & operating)   $_____
              Repairs & Maintenance           $_____
              Advertising                     $_____
              Auto Expense                    $_____
              Delivery                        $_____
              Accounting & Legal              $_____
              Rent                            $_____
              Telephone                       $_____
              Travel & Entertainment          $_____
              Utilities                       $_____
              Insurance                       $_____
              Taxes real estate, property, etc.)  $_____
              Interest                        $_____
              Depreciation                    $_____
              Other Operating Expenses (describe) $_____
      _____       $_____
      _____       $_____
  Total Operating Expenses:              (d)  $_____

  Net Profit/(Loss) from Operations (c - d)=(e)  $_____

  Non-Operating Income/Expenses $_____
  _____   $_____
  _____   $_____
  Total                            (f)  $_____

  Net Profit/(Loss)              (e - f)  $_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 08/16/18 _____        _____
                                     RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

# Madison Chiropractic & Nutrition Center, LLC
## Profit & Loss
### July 2018

|  | Jul 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 49900 · Uncategorized Income | 600.00 |
| 551 · Patient Fees | 38,214.53 |
| 552 · Insurance Payments | 25,105.68 |
| **Total Income** | 63,920.21 |
| **Gross Profit** | 63,920.21 |
| **Expense** | |
| 330 · Sales Tax | 53.62 |
| 800 · Management Fees Paid | 2,875.00 |
| 804 · Advertising | 1,811.17 |
| 806 · Auto & Truck Expense | 892.90 |
| 810 · Bank Fees | 1,013.29 |
| 817 · Contract Labor | 727.50 |
| 827 · Finance Charges | |
| 828 · Late Fees | 205.00 |
| **Total 827 · Finance Charges** | 205.00 |
| 831 · Insurance | |
| 833 · Health Insurance | 312.24 |
| **Total 831 · Insurance** | 312.24 |
| 840 · Meals & Entertainment - Company | 678.66 |
| 841 · Meals & Entertainment-Personal | 28.40 |
| 845 · Marketing Expense | 10,698.00 |
| 851 · Office Expense | 12,291.37 |
| 865 · Rent | 3,050.00 |
| 874 · Repairs & Maintenance | 400.00 |
| 880 · Payroll Expenses | |
| 881 · Salaries & Wages | 26,432.71 |
| 887 · Payroll Taxes | 2,061.04 |
| 880 · Payroll Expenses - Other | 416.00 |
| **Total 880 · Payroll Expenses** | 28,909.75 |
| 902 · Telephone | 1,106.75 |
| 907 · Utilities | 463.38 |
| **Total Expense** | 65,517.03 |
| **Net Ordinary Income** | -1,596.82 |
| **Net Income** | **-1,596.82** |

Case 18-82075-CRJ11    Doc 33    Filed 08/20/18    Entered 08/20/18 10:30:00    Desc Main
Document    Page 11 of 31

# Madison Chiropractic & Nutrition Center, LLC
## Profit & Loss
### April through June 2018

|  | Apr - Jun 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 49900 · Uncategorized Income | 300.00 |
| 500 · Management Fees Received | 600.00 |
| 551 · Patient Fees | 164,571.71 |
| 552 · Insurance Payments | 65,026.33 |
| **Total Income** | 230,498.04 |
| **Gross Profit** | 230,498.04 |
| **Expense** | |
| 330 · Sales Tax | 0.85 |
| 69800 · Uncategorized Expenses | 250.00 |
| 800 · Management Fees Paid | 106,300.70 |
| 801 · Accounting & Legal | 19.99 |
| 806 · Auto & Truck Expense | 5,138.46 |
| 810 · Bank Fees | 3,307.15 |
| 817 · Contract Labor | 2,384.76 |
| 818 · Contributions | 2,500.00 |
| 827 · Finance Charges | |
| 828 · Late Fees | 576.43 |
| **Total 827 · Finance Charges** | 576.43 |
| 831 · Insurance | |
| 833 · Health Insurance | 624.48 |
| 837 · Malpractice Insurance | 489.50 |
| 838 · Worker's Compensation Insurance | 220.44 |
| 831 · Insurance - Other | 5.10 |
| **Total 831 · Insurance** | 1,339.52 |
| 840 · Meals & Entertainment - Company | 5,354.76 |
| 841 · Meals & Entertainment-Personal | 1,198.43 |
| 845 · Marketing Expense | 8,789.66 |
| 851 · Office Expense | 10,472.04 |
| 854 · Postage | 10.20 |
| 856 · Professional Development | 1,472.49 |
| 864 · Refund Expense | 2,103.00 |
| 865 · Rent | 4,575.00 |
| 874 · Repairs & Maintenance | 2,420.47 |
| 880 · Payroll Expenses | |
| 881 · Salaries & Wages | 76,004.45 |
| 887 · Payroll Taxes | 6,144.36 |
| 880 · Payroll Expenses - Other | 1,861.00 |
| **Total 880 · Payroll Expenses** | 84,009.81 |
| 894 · Taxes & Licenses | 2,097.05 |
| 902 · Telephone | 1,177.45 |
| 904 · Travel Expense | 1,136.14 |
| 907 · Utilities | 1,218.92 |
| **Total Expense** | 247,853.28 |
| **Net Ordinary Income** | -17,355.24 |
| **Net Income** | **-17,355.24** |

Case 18-82075-CRJ11    Doc 33    Filed 08/20/18    Entered 08/20/18 10:30:00    Desc Main
Document    Page 12 of 31

**STATE OF ALABAMA**
DEPARTMENT OF LABOR
UNEMPLOYMENT COMPENSATION DIVISION

EFT Payment Confirmation
This Report Generated on: 8/16/2018 3:36:52 PM

MILLAR GREGORY B
UC: 0813102967

| | |
|---|---|
| Confirmation Number: | 30118228  00038 |
| Payment Amount: | $138.70 |
| Payment Date: | 8/16/2018* |
| Payment Status: | Pending |
| Account Type: | Corporate Checking |
| Routing Number: | Ending With *294 |
| Account Number: | Ending With *735 |

*The payment transaction will occur on the above indicated date or the next banking day if on a weekend or holiday.

** Any changes to the above bank account will be reflected on all pending transactions that have been set up using this bank account.

Any EFT transaction returned from the bank (i.e. account closed, invalid account number, etc.) requires this department to remove the bank account information, and all post-dated (pending) transactions will automatically be canceled and you will be required re-enter those transactions, and where applicable, penalty and/or interest may be imposed, if payment is not submitted timely.

Additional amounts may be due if you owe monies for more than twenty (20) quarters or you have additional reports due. If any debit is covered under the protection of the bankruptcy court collection efforts will continue upon the termination of protection by the bankruptcy court.

**EFT Tax Rated - Payment Applied**

| Quarter / Year | Description | ER Tax Due | ESA Tax Due | Interest | Penalty | Credit | Due Date | Amount Applied |
|---|---|---|---|---|---|---|---|---|
| 2 / 2018 | Quarterly | $125.23 | $12.73 | $0.74 | $0.00 | $0.00 | 7/31/2018 | $138.70 |



# STATE OF ALABAMA
# DEPARTMENT OF REVENUE

MAT Payment Confirmation

| | | | |
|---|---|---|---|
| Confirmation Number | 1-226-964-544 | Bank Account Type | Checking |
| Taxpayer Name | MADISON CHIROPRACTIC AND NUTRITION | Bank Routing Number | 083000108 |
| Withholding Tax | WTH-R008727631 | Bank Account Number | ****5335 |
| Filing Period | 30-Jun-2018 | Bank Name | PNC BANK, KENTUCKY, INC. |
| Payment Amount | 3,283.36 | | |
| Date Submitted | 16-Aug-2018  2:54:34 PM | | |
| Status | Pending... | | |

---

MADISON CHIROPRACTIC AND NUTRITION                    Payment Date    16-Aug-2018

Withholding Tax                    WTH-R008727631

PAY TO THE
ORDER OF        Alabama Department of Revenue                    $    3,283.36

PNC BANK, KENTUCKY, INC.

MEMO

---

InfoLine: 334.242.1170                    50 N Ripley St ~ Montgomery, AL ~ 36132                    revenue.alabama.gov



| TAXPAYER NAME : MADISON CHIROPRACTIC & NUTRITION | TIN : xxxxx0856 |
|---|---|

# Deposit Confirmation

Your payment has been accepted.

## Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270860674437956 |
|---|---|

| PLEASE NOTE |
|---|
| Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only. |

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx0856 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q3/2018 |
| Payment Amount | $1,556.98 |
| Settlement Date | 07/25/2018 |
| Sub Categories | |
| 1 Social Security | $858.24 |
| 2 Medicare | $200.74 |
| 3 Tax Withholding | $498.00 |
| Account Number | xxxxx5335 |
| Account Type | CHECKING |
| Routing Number | 083000108 |
| Bank Name | PNC BANK, KENTUCKY, INC. |



| TAXPAYER NAME : MADISON CHIROPRACTIC & NUTRITION | TIN : xxxxx0856 |
|---|---|

# Deposit Confirmation

Your payment has been accepted.

## Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270859920494795 |
|---|---|

---

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

---

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx0856 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q3/2018 |
| Payment Amount | $1,484.24 |
| Settlement Date | 07/18/2018 ✓ |
| Sub Categories | |
| 1 Social Security | $813.92 |
| 2 Medicare | $190.32 |
| 3 Tax Withholding | $480.00 |
| Account Number | xxxxx5335 |
| Account Type | CHECKING |
| Routing Number | 083000108 |
| Bank Name | PNC BANK, KENTUCKY, INC. |



| TAXPAYER NAME : MADISON CHIROPRACTIC & NUTRITION | TIN : xxxxx0856 |
|---|---|

# Deposit Confirmation

Your payment has been accepted.

## Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270859261689118 |
|---|---|

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx0856 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q3/2018 |
| Payment Amount | $1,650.34 |
| Settlement Date | 07/11/2018 |
| Sub Categories | |
| 1 Social Security | $907.96 |
| 2 Medicare | $212.38 |
| 3 Tax Withholding | $530.00 |
| Account Number | xxxxx5335 |
| Account Type | CHECKING |
| Routing Number | 083000108 |
| Bank Name | PNC BANK, KENTUCKY, INC. |

# Madison Chiropractic & Nutrition Center, LLC
## Balance Sheet
### As of July 31, 2018

|  | Jul 31, 18 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 111 · General-6646-Renasant Bank | 50.97 |
| 115 · Dr. Justin-6794-Debit-Renasant | 1,100.00 |
| 116 · Dr. Greg  - Debit 6429-Renasant | 770.00 |
| 120 · PNC - General-5327 | 2,608.42 |
| 121 · PNC - Payroll | 1,419.93 |
| 122 · PNC - Dr. Greg - Debit | 437.60 |
| 123 · PNC - Dr. Justin - Debit | 2,924.41 |
| **Total Checking/Savings** | 9,311.33 |
| **Other Current Assets** | |
| 137 · Due from MCA | 1,255.17 |
| **Total Other Current Assets** | 1,255.17 |
| **Total Current Assets** | 10,566.50 |
| **Fixed Assets** | |
| 210 · Chiropractic Equipment | 9,540.00 |
| 220 · Software | 9,360.00 |
| 263 · Accumulated Depreciation | -11,072.00 |
| **Total Fixed Assets** | 7,828.00 |
| **TOTAL ASSETS** | **18,394.50** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 212 · N/P Millar Chiropractic Assoc | 13,212.06 |
| 320 · Payroll Liabilities | |
| 324 · 941 Tax Payable | 10,702.70 |
| 326 · State Withholding Payable | 7,417.50 |
| 327 · SUTA Tax Payable | 450.73 |
| 328 · FUTA Tax Payable | 767.08 |
| 329.1 · ALFA LIFE INS | -5.14 |
| **Total 320 · Payroll Liabilities** | 19,332.87 |
| 322 · Delinquent Payroll Taxes | 81,708.42 |
| **Total Other Current Liabilities** | 114,253.35 |
| **Total Current Liabilities** | 114,253.35 |
| **Total Liabilities** | 114,253.35 |
| **Equity** | |
| 30000 · Opening Balance Equity | 750.00 |
| 32000 · Retained Earnings | -61,625.22 |
| 515 · Distributions | -6,499.54 |
| Net Income | -28,484.09 |
| **Total Equity** | -95,858.85 |
| **TOTAL LIABILITIES & EQUITY** | **18,394.50** |

Case 18-82075-CRJ11    Doc 33    Filed 08/20/18    Entered 08/20/18 10:30:00    Desc Main
Document      Page 18 of 31

# Madison Chiropractic & Nutrition Center, LLC
## Balance Sheet
### As of June 30, 2018

|  | Jun 30, 18 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 111 · General-6646-Renasant Bank | 105.07 |
| 112 · Payroll-6735 - Renasant | -179.22 |
| 115 · Dr. Justin-6794-Debit-Renasant | 800.00 |
| 116 · Dr. Greg  - Debit 6429-Renasant | 70.00 |
| 120 · PNC - General-5327 | 5,527.42 |
| 121 · PNC - Payroll | 344.28 |
| 122 · PNC - Dr. Greg - Debit | 440.54 |
| 123 · PNC - Dr. Justin - Debit | 1,224.41 |
| **Total Checking/Savings** | 8,332.50 |
| **Other Current Assets** | |
| 137 · Due from MCA | 1,255.17 |
| **Total Other Current Assets** | 1,255.17 |
| **Total Current Assets** | 9,587.67 |
| **Fixed Assets** | |
| 210 · Chiropractic Equipment | 9,540.00 |
| 220 · Software | 9,360.00 |
| 263 · Accumulated Depreciation | -11,072.00 |
| **Total Fixed Assets** | 7,828.00 |
| **TOTAL ASSETS** | **17,415.67** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 212 · N/P Millar Chiropractic Assoc | 11,712.06 |
| 320 · Payroll Liabilities | |
| 324 · 941 Tax Payable | 10,702.70 |
| 326 · State Withholding Payable | 6,376.53 |
| 327 · SUTA Tax Payable | 429.15 |
| 328 · FUTA Tax Payable | 753.16 |
| 329.1 · ALFA LIFE INS | -4.32 |
| **Total 320 · Payroll Liabilities** | 18,257.22 |
| 322 · Delinquent Payroll Taxes | 81,708.42 |
| **Total Other Current Liabilities** | 111,677.70 |
| **Total Current Liabilities** | 111,677.70 |
| **Long Term Liabilities** | |
| 213 · N/P Gregory Millar | -1,450.00 |
| **Total Long Term Liabilities** | -1,450.00 |
| **Total Liabilities** | 110,227.70 |
| **Equity** | |
| 30000 · Opening Balance Equity | 750.00 |
| 32000 · Retained Earnings | -61,625.22 |
| 515 · Distributions | -5,049.54 |
| Net Income | -26,887.27 |
| **Total Equity** | -92,812.03 |
| **TOTAL LIABILITIES & EQUITY** | **17,415.67** |

Case 18-82075-CRJ11    Doc 33    Filed 08/20/18    Entered 08/20/18 10:30:00    Desc Main
Document      Page 19 of 31

# Madison Chiropractic & Nutrition Center

| Due Date | Vendor | Account or Invoice # | Balance | Amount | Notes | |
|---|---|---|---|---|---|---|
| | **CURRENT** | | | | | |
| 1 | Diversified Properties | Rent | | 1,525.00 | Late after 6th | Pd |
| 4 | AT&T Wireless | ████████0948 | | 340.65 | ▓▓▓▓ | Pd |
| 9 | Huntsville Utilities | ██████7552 | | 478.60 | 13th | Pd |
| 10 | Waste Away Dumpster | 152627 | | 60.00 | | Pd |
| 15 | Decatur Filter Service | 12953 | | 49.71 | 7/18/2018 | Pd |
| 25 | WOW Business (Knology) | 852049 | | 78.95 | | Pd |
| 25 | Diversified Properties | Aug Rent | | 1,525.00 | | Pd |
| 25 | Demand Force | | | 299.00 | ▓▓▓▓ | Pd |
| | Orthodynamics | 57684 | | 332.95 | 6/1/2018 | Pd |
| | Orthodynamics | 57857 | | 172.95 | 6/8/2018 | Pd |
| | Orthodynamics | 57989 | | 172.95 | 6/15/2018 | |
| | Orthodynamics | 58253 | | 27.95 | 6/29/2018 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | **PAST DUE** | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | AL Dept of Revenue | 11/17 SLS | | 50.00 | Penalty | Pd |
| | | | | | | |
| Jan - Mar | Huntsville Hospital | X-rays | | 1,092.00 | | |
| | AT&T Advertising | ███████84-10 | | 1,947.22 | | |
| | IRS - 941 Penalty | late fee | | 1,051.51 | | |
| | Sinclair, Elyria | Pt Refund | | 1,140.00 | 12/06/16 | |
| | Cooks Pest Control | 22PG111302 | | 127.65 | Collections | |
| | BCBS - Dr. Kris Dixon | ████8504 | | 1,962.83 | REFUND | |
| | BCBS - Dr. Jack Langston | ████6100 | | 70.80 | REFUND | |
| | BCBS(Collections) | | | 16.89 | REFUND | |
| Feb | Millar Chiropractic Associates | 1059 | | 1,576.92 | | |

# Madison Chiropractic & Nutrition Center, LLC
## Reconciliation Summary
### 120 · PNC - General-5327, Period Ending 07/31/2018

|  | Jul 31, 18 |
|---|---|
| **Beginning Balance** | 8,276.47 |
|   Cleared Transactions | |
|     Checks and Payments - 64 items | -65,332.58 |
|     Deposits and Credits - 52 items | 64,799.31 |
|   Total Cleared Transactions | -533.27 |
| **Cleared Balance** | 7,743.20 |
|   Uncleared Transactions | |
|     Checks and Payments - 7 items | -5,134.78 |
|   Total Uncleared Transactions | -5,134.78 |
| **Register Balance as of 07/31/2018** | 2,608.42 |
|   New Transactions | |
|     Checks and Payments - 31 items | -40,298.90 |
|     Deposits and Credits - 30 items | 47,206.29 |
|   Total New Transactions | 6,907.39 |
| **Ending Balance** | 9,515.81 |

Case 18-82075-CRJ11    Doc 33    Filed 08/20/18    Entered 08/20/18 10:30:00    Desc Main
Document      Page 21 of 31

```
RENASANT BANK                                    STATEMENT OF ACCOUNT
211 LEE STREET NE                   JUNE 30, 2018: LAST STATEMENT
DECATUR AL 35601                    JULY 31, 2018: THIS STATEMENT
```



```
                                   DIRECT INQUIRIES TO:
                                   877 367-5371

     MADISON CHIROPRACTIC & NUTRITION CENTER    RENASANT BANK
     PO BOX 21157                               211 LEE STREET NE
     HUNTSVILLE AL 35813-5157                   DECATUR AL 35601
```

0

```
*******************    BUSINESS CHECKING - SUMMARY    *******************

                                        PREVIOUS BALANCE          $105.07
ACCOUNT NUMBER            ██████6646    ADDITIONS        +          20.90
AVG COLLECTED BALANCE        49.00      SUBTRACTIONS     -          75.00
INTEREST EARNED YEAR TO DATE  0.00      INTEREST EARNED  +           0.00
                                        ENDING BALANCE            $50.97

****************************** OTHER DEBITS ****************************

DATE    DESCRIPTION                                          SUBTRACTIONS
.......................................................    ...............
07-05   #CASH MGMT TRSFR DR                                       -75.00
        REF 1861722L FUNDS TRANSFER TO
        DEP ██████0702 FROM

******************************** CREDITS ******************************

DATE    DESCRIPTION                                            ADDITIONS
.......................................................    ...............
07-17   #DIRECT DEPOSIT                                            20.90
        MAC PTB ALGATN HCCLAIMPMT
        ████████2326~
```

|                             | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|-----------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES        | $0.00                 | $0.00              |
| TOTAL RETURNED ITEM FEES    | $0.00                 | $0.00              |

# Madison Chiropractic & Nutrition Center, LLC
## Reconciliation Summary
### 120 · PNC - General-5327, Period Ending 07/31/2018

|  | Jul 31, 18 |
|---|---|
| **Beginning Balance** | 8,276.47 |
|   Cleared Transactions |  |
|     Checks and Payments - 64 items | -65,332.58 |
|     Deposits and Credits - 52 items | 64,799.31 |
|   **Total Cleared Transactions** | -533.27 |
| **Cleared Balance** | 7,743.20 |
|   Uncleared Transactions |  |
|     Checks and Payments - 7 items | -5,134.78 |
|   **Total Uncleared Transactions** | -5,134.78 |
| **Register Balance as of 07/31/2018** | 2,608.42 |
|   New Transactions |  |
|     Checks and Payments - 31 items | -40,298.90 |
|     Deposits and Credits - 30 items | 47,206.29 |
|   **Total New Transactions** | 6,907.39 |
| **Ending Balance** | 9,515.81 |

Case 18-82075-CRJ11    Doc 33    Filed 08/20/18    Entered 08/20/18 10:30:00    Desc Main
Document      Page 23 of 31

# Business Checking Preferred

PNC Bank

 **PNC BANK**

MADISON CHIROPRACTIC & NUTRITION CEN
LLC
GENERAL
1908 SLAUGHTER RD
MADISON AL 35758-8619

For 24-hour banking sign on to

PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## Business Checking Preferred Summary

Account number: ████-5327

Madison Chiropractic & Nutrition Cen
Llc

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 8,276.47 | 64,799.31 | 65,332.58 | 7,743.20 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 6,845.82 | 6,811.13 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 11 | 1,739.07 |
| ACH Additions | 39 | 61,560.24 |
| Other Additions | 1 | 1,500.00 |
| Total | 51 | 64,799.31 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 11 | 6,100.10 |
| ACH Deductions | 8 | 1,924.99 |
| Other Deductions | 45 | 57,307.49 |
| Total | 64 | 65,332.58 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/30 | 8,276.47 | 07/12 | 4,672.54 | 07/23 | 4,818.15 |
| 07/02 | 8,287.46 | 07/13 | 3,723.45 | 07/24 | 7,931.45 |
| 07/03 | 7,522.28 | 07/16 | 3,931.50 | 07/25 | 18,247.87 |
| 07/05 | 5,492.64 | 07/17 | 5,043.95 | 07/26 | 9,523.63 |
| 07/06 | 6,605.98 | 07/18 | 13,739.70 | 07/27 | 5,937.06 |
| 07/09 | 5,085.05 | 07/19 | 6,328.96 | 07/30 | 5,329.32 |
| 07/10 | 6,336.69 | 07/20 | 4,652.90 | 07/31 | 7,743.20 |
| 07/11 | 12,198.62 | | | | |

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness

For the Period 06/30/2018 to 07/31/2018
Madison Chiropractic & Nutrition Cen
Primary Account Number: ████-5327
Page 2 of 5

Business Checking Preferred Account Number: ████-5327 - continued

## Activity Detail

## Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/02 | 91.12 | Remote Capture  55550001 | 072301717 |
| 07/02 | 18.00 | Deposit | 036613250 |
| 07/05 | 10.00 | Deposit | 033126071 |
| 07/05 | 10.00 | Deposit | 033126073 |
| 07/11 | 82.78 | Remote Capture  55550001 | 074888491 |
| 07/11 | 24.05 | Deposit | 033958322 |
| 07/12 | 64.20 | Remote Capture  55550001 | 076203298 |
| 07/18 | 40.00 | Deposit | 036855456 |
| 07/18 | 1,210.73 | Remote Capture  55550001 | 075118090 |
| 07/25 | 98.19 | Remote Capture  55550001 | 074530971 |
| 07/26 | 90.00 | Deposit | 032991243 |

### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/02 | 332.16 | Corporate ACH Btot Dep Synchrony Bank 534812028467572 | 0001818300 9094921 |
| 07/02 | 327.35 | Corporate ACH CR CD Dep Anovia Payments 546980412134901 | 0001818300 8034437 |
| 07/02 | 21.31 | ACH Credit Ashg Ashg | 0001818300 8054693 |
| 07/03 | 1,855.11 | Corporate ACH CR CD Dep Anovia Payments 546980412134901 | 0001818301 2240017 |
| 07/05 | 5,484.54 | Corporate ACH Hcclaimpmt Bcbsal Shield R 1669783734-2728 | 0001818601 1135299 |
| 07/05 | 2,095.28 | Corporate ACH Hcclaimpmt Bcbsal Shield F 1669783734-2728 | 0001818601 1135638 |
| 07/05 | 1,136.47 | Corporate ACH CR CD Dep Anovia Payments 546980412134901 | 0001818601 1062694 |
| 07/05 | 15.62 | ACH Credit Ashg Ashg | 0001818601 1056309 |
| 07/06 | 1,213.34 | Corporate ACH CR CD Dep Anovia Payments 546980412134901 | 0001818601 4275393 |
| 07/09 | 873.87 | Corporate ACH CR CD Dep Anovia Payments 546980412134901 | 0001819001 0006836 |
| 07/10 | 1,250.61 | Corporate ACH CR CD Dep Anovia Payments 546980412134901 | 0001819001 3252174 |
| 07/10 | 101.03 | ACH Credit Ashg Ashg | 0001819100 4611966 |
| 07/11 | 1,548.64 | Corporate ACH CR CD Dep Anovia Payments 546980412134901 | 0001819100 6994326 |
| 07/11 | 2,903.34 | Corporate ACH Hcclaimpmt Bcbsal Shield R 1669783734-2728 | 0001819200 8598235 |
| 07/11 | 1,453.12 | Corporate ACH Hcclaimpmt Bcbsal Shield F 1669783734-2728 | 0001819200 8598550 |
| 07/12 | 2,372.29 | Corporate ACH CR CD Dep Anovia Payments 546980412134901 | 0001819201 2262816 |
| 07/13 | 1,200.91 | Corporate ACH CR CD Dep Anovia Payments 546980412134901 | 0001819300 6200871 |

ACH Additions continued on next page

# Business Checking Preferred

📧 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Preferred Account Number: ████████5327 - continued

## ACH Additions  - *continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/16 | 408.05 | Corporate ACH CR CD Dep | 00018197001932237 |
| | | Anovia Payments 546980412134901 | |
| 07/17 | 1,904.52 | Corporate ACH CR CD Dep | 00018197005607274 |
| | | Anovia Payments 546980412134901 | |
| 07/17 | 21.31 | ACH Credit Ashg Ashg | 00018198007372419 |
| 07/18 | 1,694.23 | Corporate ACH CR CD Dep | 00018198010097700 |
| | | Anovia Payments 546980412134901 | |
| 07/18 | 4,081.08 | Corporate ACH Hcclaimpmt | 00018199001353675 |
| | | Bcbsal Shield R 1669783734-2728 | |
| 07/18 | 1,769.71 | Corporate ACH Hcclaimpmt | 00018199001353999 |
| | | Bcbsal Shield F 1669783734-2728 | |
| 07/19 | 931.53 | Corporate ACH CR CD Dep | 00018199004615499 |
| | | Anovia Payments 546980412134901 | |
| 07/20 | 3,852.39 | Corporate ACH CR CD Dep | 00018201009638185 |
| | | Anovia Payments 546980412134901 | |
| 07/20 | 1,093.41 | Corporate ACH Btot Dep | 00018201009657655 |
| | | Synchrony Bank 534812028467572 | |
| 07/23 | 544.75 | Corporate ACH CR CD Dep | 00018204003877048 |
| | | Anovia Payments 546980412134901 | |
| 07/23 | 156.96 | Corporate ACH Btot Dep | 00018204004761833 |
| | | Synchrony Bank 534812028467572 | |
| 07/23 | 13.54 | ACH Credit Ashg Ashg | 00018204003905672 |
| 07/24 | 3,413.30 | Corporate ACH CR CD Dep | 00018204007079325 |
| | | Anovia Payments 546980412134901 | |
| 07/25 | 3,397.49 | Corporate ACH CR CD Dep | 00018205010906258 |
| | | Anovia Payments 546980412134901 | |
| 07/25 | 4,681.32 | Corporate ACH Hcclaimpmt | 00018206002130455 |
| | | Bcbsal Shield R 1669783734-2728 | |
| 07/25 | 2,239.42 | Corporate ACH Hcclaimpmt | 00018206002130786 |
| | | Bcbsal Shield F 1669783734-2728 | |
| 07/26 | 2,250.10 | Corporate ACH CR CD Dep | 00018206006115523 |
| | | Anovia Payments 546980412134901 | |
| 07/26 | 15.62 | ACH Credit Ashg Ashg | 00018207007501876 |
| 07/27 | 1,613.43 | Corporate ACH CR CD Dep | 00018207010772494 |
| | | Anovia Payments 546980412134901 | |
| 07/30 | 571.21 | Corporate ACH CR CD Dep | 00018211006819908 |
| | | Anovia Payments 546980412134901 | |
| 07/31 | 2,666.21 | Corporate ACH CR CD Dep | 00018211010904227 |
| | | Anovia Payments 546980412134901 | |
| 07/31 | 55.67 | ACH Credit Ashg Ashg | 00018212002223080 |

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/05 | 1,500.00 | Online Transfer From ██████████5319 | MADISON CHIROPR |

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 06/30/2018 to 07/31/2018
Madison Chiropractic & Nutrition Cen
Primary Account Number: ████████5327
Page 4 of 5

Business Checking Preferred Account Number: ███████-5327 - continued

## Checks and Other Deductions

### Checks and Substitute Checks

* Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/05 | 11038 * | 5.10 | 075872508 | 07/09 | 11042 | 700.00 | 072550480 | 07/16 | 11047 | 100.00 | 072535385 |
| 07/03 | 11039 | 1,165.00 | 073468171 | 07/13 | 11043 | 100.00 | 070210738 | 07/20 | 11049 * | 1,730.00 | 070117565 |
| 07/13 | 11040 | 1,500.00 | 070205158 | 07/09 | 11045 * | 450.00 | 071569067 | 07/30 | 11052 * | 100.00 | 071797668 |
| 07/03 | 11041 | 100.00 | 074749955 | 07/11 | 11046 | 150.00 | 075505980 | | | | |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/02 | 78.95 | Corporate ACH 8554969929 Wow! 6079926 | 0001818300810 1268 |
| 07/03 | 905.29 | Corporate ACH Ccdiscount | 0001818301220 5326 |
| | | Anovia Payments 546980412134901 | |
| 07/09 | 344.80 | ACH Debit Payment Att XXXXX0012Epayr | 0001819001090 9270 |
| 07/17 | 463.38 | ACH Debit Conc.Debt Hsv Draft Dbt XXXXXXXX7552 | 0001819790951 6161 |
| 07/20 | 2.01 | Corporate ACH Alabama.Go | 0001820100966 2030 |
| | | AI Onespot Tax 20181313000 | |
| 07/20 | 1.61 | Corporate ACH Direct Dbt  AI-Dept Of Rev | 0001820100963 7927 |
| 07/23 | 50.00 | Corporate ACH Direct Dbt  AI-Dept Of Rev | 0001820400390 0268 |
| 07/30 | 78.95 | Corporate ACH 8554969929 Wow! 7210663 | 0001821100686 8615 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/02 | 600.00 | Online Transfer To ████████5343 | MADISON CHIR00008825 |
| 07/02 | 100.00 | Online Transfer To ████████5351 | MADISON CHIR00008826 |
| 07/03 | 250.00 | Online Transfer To ████████5343 | MADISON CHIR00003854 |
| 07/03 | 200.00 | Online Transfer To ████████5351 | MADISON CHIR00003855 |
| 07/05 | 100.00 | Online Transfer To ████████5343 | MADISON CHIR00005733 |
| 07/05 | 8,826.45 | Online Transfer To ████████5335 | MADISON CHIR00005732 |
| 07/05 | 1,850.00 | Online Transfer To ████████5319 | MILLAR CHIR00005731 |
| 07/05 | 1,500.00 | Online Transfer To ████████5343 | MADISON CHIR00005734 |
| 07/06 | 100.00 | Online Transfer To ████████5343 | MADISON CHIR00004404 |
| 07/09 | 100.00 | Online Transfer To ████████5351 | MADISON CHIR00007667 |
| 07/09 | 700.00 | Online Transfer To ████████5343 | MADISON CHIR00007666 |
| 07/09 | 100.00 | Online Transfer To ████████5351 | MADISON CHIR00007668 |
| 07/10 | 100.00 | Online Transfer To ████████5351 | MADISON CHIR00003405 |
| 07/12 | 100.00 | Online Transfer To ████████5343 | MADISON CHIR00003316 |
| 07/12 | 8,012.57 | Online Transfer To ████████5335 | MADISON CHIR00003315 |
| 07/12 | 1,850.00 | Online Transfer To ████████5319 | MILLAR CHIR00003314 |
| 07/13 | 550.00 | Online Transfer To ████████5343 | MADISON CHIR00004688 |

Other Deductions continued on next page

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 06/30/2018 to 07/31/2018
Madison Chiropractic & Nutrition Cen
Primary Account Number: ████-5327
Page 5 of 5

Business Checking Preferred Account Number: ████-5327 - continued

## Other Deductions  *- continued*

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 07/16 | 100.00 | Online Transfer To | ████5351 | MADISON CHIR00007908 |
| 07/17 | 100.00 | Online Transfer To | ████5343 | MADISON CHIR00003505 |
| 07/17 | 250.00 | Online Transfer To | ████5351 | MADISON CHIR00003506 |
| 07/18 | 100.00 | Online Transfer To | ████5351 | MADISON CHIR00003341 |
| 07/19 | 6,492.27 | Online Transfer To | ████5335 | MADISON CHIR00003353 |
| 07/19 | 1,850.00 | Online Transfer To | ████5319 | MILLAR CHIR00003352 |
| 07/20 | 500.00 | Online Transfer To | ████5319 | MILLAR CHIR00004327 |
| 07/20 | 1,838.24 | Online Transfer To | ████5335 | MADISON CHIR00004329 |
| 07/20 | 2,300.00 | Online Transfer To | ████5319 | MILLAR CHIR00004328 |
| 07/20 | 100.00 | Online Transfer To | ████5343 | MADISON CHIR00004330 |
| 07/20 | 150.00 | Online Transfer To | ████5351 | MADISON CHIR00004331 |
| 07/23 | 200.00 | Online Transfer To | ████5351 | MADISON CHIR00007567 |
| 07/23 | 300.00 | Online Transfer To | ████5319 | MILLAR CHIR00007566 |
| 07/24 | 300.00 | Online Transfer To | ████5319 | MILLAR CHIR00003363 |
| 07/25 | 100.00 | Online Transfer To | ████5351 | MADISON CHIR00003179 |
| 07/26 | 1,500.00 | Online Transfer To | ████5319 | MILLAR CHIR00003257 |
| 07/26 | 6,979.96 | Online Transfer To | ████5335 | MADISON CHIR00003259 |
| 07/26 | 1,850.00 | Online Transfer To | ████5319 | MILLAR CHIR00003258 |
| 07/26 | 600.00 | Online Transfer To | ████5343 | MADISON CHIR00003260 |
| 07/26 | 150.00 | Online Transfer To | ████5351 | MADISON CHIR00003261 |
| 07/27 | 200.00 | Online Transfer To | ████5343 | MADISON CHIR00004371 |
| 07/27 | 5,000.00 | Online Transfer To | ████5319 | MILLAR CHIR00004370 |
| 07/30 | 300.00 | Online Transfer To | ████5343 | MADISON CHIR00007633 |
| 07/30 | 300.00 | Online Transfer To | ████5351 | MADISON CHIR00007634 |
| 07/30 | 300.00 | Online Transfer To | ████5343 | MADISON CHIR00007632 |
| 07/30 | 100.00 | Online Transfer To | ████5343 | MADISON CHIR00007631 |
| 07/31 | 200.00 | Online Transfer To | ████5351 | MADISON CHIR00003612 |
| 07/31 | 108.00 | Corporate Account Analysis Charge | | 0000000000000039053 |

# Madison Chiropractic & Nutrition Center, LLC
## Reconciliation Summary
### 121 · PNC - Payroll, Period Ending 07/31/2018

|  | Jul 31, 18 |
|---|---|
| **Beginning Balance** | 4,655.90 |
| **Cleared Transactions** | |
| Checks and Payments - 52 items | -34,122.92 |
| Deposits and Credits - 5 items | 32,149.49 |
| **Total Cleared Transactions** | -1,973.43 |
| **Cleared Balance** | 2,682.47 |
| **Uncleared Transactions** | |
| Checks and Payments - 2 items | -1,262.54 |
| **Total Uncleared Transactions** | -1,262.54 |
| **Register Balance as of 07/31/2018** | 1,419.93 |
| **New Transactions** | |
| Checks and Payments - 27 items | -20,484.18 |
| Deposits and Credits - 3 items | 22,364.09 |
| **Total New Transactions** | 1,879.91 |
| **Ending Balance** | 3,299.84 |

Case 18-82075-CRJ11   Doc 33   Filed 08/20/18   Entered 08/20/18 10:30:00   Desc Main
Document   Page 29 of 31

# Business Checking Preferred



**PNC BANK**

PNC Bank

**For the Period 06/30/2018 to 07/31/2018**

Number of enclosures: 0

MADISON CHIROPRACTIC & NUTRITION CEN
PAYROLL
1908 SLAUGHTER RD
MADISON AL 35758-8619

For 24-hour banking sign on to

PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## Business Checking Preferred Summary

Account number: ███-5335

Madison Chiropractic & Nutrition Cen
Payroll

Overdraft Protection Provided By: XXXXXX5327

---

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 4,655.90 | 32,149.49 | 34,122.92 | 2,682.47 |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | 5,203.37 | 5,203.37 |

---

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 5 | 32,149.49 |
| Total | 5 | 32,149.49 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 45 | 26,631.36 |
| ACH Deductions | 3 | 4,691.56 |
| Other Deductions | 4 | 2,800.00 |
| Total | 52 | 34,122.92 |

---

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/30 | 4,655.90 | 07/12 | 9,842.40 | 07/23 | 4,733.97 |
| 07/02 | 344.28 | 07/13 | 7,288.26 | 07/25 | 2,586.90 |
| 07/05 | 8,470.73 | 07/16 | 4,037.53 | 07/26 | 8,866.86 |
| 07/06 | 7,556.83 | 07/17 | 2,788.40 | 07/27 | 7,685.09 |
| 07/09 | 5,005.10 | 07/18 | 1,304.16 | 07/30 | 4,284.52 |
| 07/10 | 4,180.17 | 07/19 | 7,096.43 | 07/31 | 2,682.47 |
| 07/11 | 2,529.83 | 07/20 | 5,143.12 | | |

---

## Activity Detail

### Deposits and Other Additions

### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|

Other Additions continued on next page

# Business Checking Preferred



For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Preferred Account Number: ■■■■-5335 - continued

## Other Additions  - continued

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 07/05 | 8,826.45 | Online Transfer From | ■■■■5327 | MADISON CHIROPR |
| 07/12 | 8,012.57 | Online Transfer From | ■■■■5327 | MADISON CHIROPR |
| 07/19 | 6,492.27 | Online Transfer From | ■■■■5327 | MADISON CHIROPR |
| 07/20 | 1,838.24 | Online Transfer From | ■■■■5327 | MADISON CHIROPR |
| 07/26 | 6,979.96 | Online Transfer From | ■■■■5327 | MADISON CHIROPR |

## Checks and Other Deductions

### Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/02 | 2051 * | 771.61 | 073059642 | 07/09 | 2080 | 1,690.05 | 072550478 | 07/20 | 2095 | 415.39 | 077190767 |
| 07/02 | 2061 * | 876.10 | 073059641 | 07/06 | 2081 | 487.69 | 070051683 | 07/23 | 2096 | 177.60 | 072239726 |
| 07/02 | 2063 * | 177.61 | 073059945 | 07/09 | 2082 | 624.58 | 072550201 | 07/20 | 2097 | 824.93 | 070011003 |
| 07/02 | 2064 | 93.39 | 070650949 | 07/09 | 2083 | 59.50 | 072550429 | 07/20 | 2098 | 372.70 | 077826343 |
| 07/02 | 2067 * | 1,652.06 | 073059944 | 07/16 | 2084 | 740.63 | 071708051 | 07/20 | 2099 | 1,652.06 | 077826411 |
| 07/02 | 2069 * | 659.70 | 073059631 | 07/13 | 2085 | 429.52 | 032809264 | 07/20 | 2100 | 526.47 | 077826364 |
| 07/02 | 2070 | 70.13 | 073059889 | 07/16 | 2086 | 177.59 | 072535582 | 07/25 | 2101 | 590.09 | 074875449 |
| 07/02 | 2072 * | 11.02 | 073337469 | 07/17 | 2087 | 824.93 | 072535668 | 07/30 | 2102 | 766.25 | 071799478 |
| 07/16 | 2073 | 231.98 | 072126961 | 07/16 | 2088 | 379.34 | 072535500 | 07/27 | 2103 | 363.55 | 036993872 |
| 07/16 | 2074 | 958.27 | 071708052 | 07/13 | 2089 | 1,652.06 | 070133005 | 07/30 | 2104 | 177.60 | 071798065 |
| 07/06 | 2075 | 426.21 | 034591996 | 07/13 | 2090 | 472.56 | 070133006 | 07/31 | 2105 | 824.93 | 073424939 |
| 07/09 | 2076 | 177.60 | 072550481 | 07/16 | 2091 | 620.29 | 072535386 | 07/27 | 2106 | 356.20 | 077407073 |
| 07/16 | 2077 | 142.63 | 072126957 | 07/17 | 2092 | 68.00 | 074138846 | 07/27 | 2107 | 462.02 | 077407087 |
| 07/10 | 2078 | 824.93 | 074237032 | 07/23 | 2093 | 231.55 | 071755212 | 07/30 | 2108 | 1,652.06 | 071798039 |
| 07/17 | 2079 | 356.20 | 074138837 | 07/30 | 2094 | 804.65 | 071797477 | 07/31 | 2109 | 777.12 | 073346551 |

### ACH Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 07/11 | 1,650.34 | Corporate ACH Usataxpymt IRS | ■■■■9118 | 00018192008611579 |
| 07/18 | 1,484.24 | Corporate ACH Usataxpymt IRS | ■■■■4795 | 00018199001367700 |
| 07/25 | 1,556.98 | Corporate ACH Usataxpymt IRS | ■■■■7956 | 00018206002142286 |

### Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 07/05 | 700.00 | Online Transfer To | ■■■■5319 | MILLAR CHIRO00005735 |
| 07/12 | 700.00 | Online Transfer To | ■■■■5319 | MILLAR CHIRO00003317 |
| 07/19 | 700.00 | Online Transfer To | ■■■■5319 | MILLAR CHIRO00003354 |
| 07/26 | 700.00 | Online Transfer To | ■■■■5319 | MILLAR CHIRO00003262 |