## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Madison Chiropractic & Nutrition CASE NO. : 18-82075-CRJ-11   MONTH ENDING: 08/31/2018
Center, LLC

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES X NO____   All post petition business taxes have been paid/deposited and the deposit
   slips are attached.

   YES___ NO X   All post petition individual taxes have been paid and the deposit slips are
   attached.    N/A for LLC

   **If you answered "No" to the above, list the types of taxes that are now due and owing.**

   | TYPE OF TAX | | AMOUNT |
   |---|---|---|
   | _____ | $ | _____ |
   | _____ | $ | _____ |
   | _____ | $ | _____ |
   | _____ | $ | _____ |

2. YES X NO____   Adequate insurance on all assets/property including fire, theft, liability, collision
   and casualty and workman's compensation (if applicable) is currently in full force
   and effect.

   If no, enter:     TYPE_____not in force.

                     TYPE_____not in force.

3. YES___ NO X   New books and records were opened and are being maintained daily.

4. YES X NO____   Copies of _all_ banks statements and reconciliations are attached .

5. YES X NO____   I have otherwise complied with all requirements of the Chapter 11
   Operating Order.

6. YES___ NO X   All financial statements filed with the Bankruptcy Clerk's Office are
   prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE__09/13/2018__                              _____
                                               RESPONSIBLE PARTY

Phone No._____
              **Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Madison Chiropractic & Nutrition Center, LLC    CASE NO. : 18-82075-CRJ-11    MONTH ENDING: 08/31/2018

### Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | −Accrual  **(Circle One)**  −Cash |

**INCOME STATEMENT** — CASH BASIS

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND (Beginning) 9311
    RECONCILED REGISTER BALANCE

B.  RECEIPTS:

Accounts Receivable from Form BA-02(A)-Line II(C)    27625

Cash Sales    60597

Loan Proceeds from_____    _____

Sale of Property (Not in ordinary course of business)    _____

Other  PR Liab Timing    -5,039

_____    _____

C.  TOTAL RECEIPTS    82,286
    (Total of B)

D.  BUSINESS DISBURSEMENTS FROM FORM BA-02(B)    84465

E.  SURPLUS OR DEFICIT    -2,179
    (C minus D)

F.  CASH ON HAND (End)    7132
    (A plus E)

1.  REVENUE FROM TOTAL SALES    $ 88222

2.  LESS COST OF THOSE SALES (Cost of materials, Labor, etc.)    0.00

3.  EQUALS GROSS PROFIT (1 minus 2)    88222

4.  LESS OPERATING EXPENSES    84465

5.  EQUALS NET PROFIT OPERATIONS (3 minus 4)    3757

6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

7.  EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)    $ 3757

*Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  09/13/2018

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Madison Chiropractic & Nutrition    CASE NO. : 18-82075-CRJ-11    MONTH ENDING: 08/31/2018
Center, LLC

**Attach to Business Form BA-02**

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.    NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.    COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

    A.    Amount collected this month on accounts
        receivable charged and paid this month.    $ 0.00

    B.    Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.    $ 27625

    C.    TOTAL collected this month on accounts
        receivable.    $ 27625

III.    PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| BCBS | $ 23243 | | | | $ 23243 |
| Major Medical | 307 | | | | 307 |
| Medicare | 1871 | | | | 1871 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $ 25421 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE    09/13/2018

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Madison Chiropractic & Nutrition Center, LLC   CASE NO. : 18-82075-CRJ-11   MONTH ENDING: 08/31/2018

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES.......................................$_____
ADVERTISING............................................_____
AUTOMOBILES/VEHICLES (repairs & maintenance)..........._____
COMMISSIONS/CONTRACT LABOR............................._____
INSURANCE (TOTAL)....................................._____
     AUTO              $_____
     LIABILITY          _____
     LIFE               _____
     MEDICAL            _____        See internally prepared financial
     CASUALTY           _____        statements appended to report.
     FIRE & THEFT       _____
     WORKMAN'S COMP.    _____
     OTHER _____    _____
INTEREST PAID.........................................._____
INVENTORY PURCHASED...................................._____
LEGAL FEES............................................_____
POSTAGE..............................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE...................._____
REPAIRS & MAINTENANCE................................._____
SALARIES/WAGES PAID..................................._____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]..........._____
SUPPLIES (TOTAL)...................................._____
     OFFICE             $_____
     OPERATING           _____
TRAVEL & ENTERTAINMENT................................_____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)].............._____
UNSECURED LOAN PAYMENTS..............................._____
UTILITIES (TOTAL)..................................._____
     ELECTRICITY        $_____
     GAS                 _____
     TELEPHONE           _____
     WATER               _____
     OTHER _____     _____

OTHER BUSINESS DISBURSEMENTS    _____
(Specify)                       _____        $_____

TOTAL BUSINESS DISBURSEMENTS......................$_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  09/13/2018

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Madison Chiropractic & Nutrition  CASE NO. : 18-82075-CRJ-11   MONTH ENDING: 08/31/2018
Center, LLC

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1._____Secured loan payments as described below have been paid this month
    (Check, if true.)

2._____No secured loan payments have been paid during this month.
    (Check, if true.)

3._____The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| No secured Creditors | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE____09/13/2018_____

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Madison Chiropractic & Nutrition CASE NO.: 18-82075-CRJ-11   MONTH ENDING: 08/31/2018
Center, LLC

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 07/27/18 | 5762.86 | 1251.52 | "PAID" | | |
| 08/03/18 | 6670.72 | 1498.80 | "PAID" | | |
| 08/10/18 | 6348.86 | 1403.60 | "PAID" | | |
| 08/17/18 | 6278.20 | 1407.78 | "PAID" | | |
| 08/24/18 | 6549.56 | 1492.30 | "PAID" | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE___09/13/2018___

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Madison Chiropractic & Nutrition Center, LLC  CASE NO. : 18-82075-CRJ-11  MONTH ENDING: 08/31/2018

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Renasant | 6646 Checking | 75.01 | 8/31 | Pre |
| PNC | 5327 Checking | 5616.05 | 8/31 | Pre |
| PNC | 5335 Checking | 9725.72 | 8/31 | Pre |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | | |
|---|---|---|---|
| Officer #1 (Name) | Dr. Gregory Millar | $ | 4000 |
| Officer #2 (Name) | | $ | |
| Other Officer (Name) | | $ | |
| Employees (Number) | 7 | $ | 27963 |
| Employees (Relatives) | | $ | |
| Name | | $ | |
| Name | | $ | |

## INVENTORY  (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ 0.00 |
| Inventory - Purchased this Month - CASH | $ 0.00 |
| Inventory - Purchased this Month - CREDIT | $ 0.00 |
| Inventory - End of Month (COST) | $ 0.00 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X   A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured
       creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  09/13/2018

RESPONSIBLE PARTY

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Madison Chiropractic & Nutrition Center, LLC     CASE NO.: 18-82075-CRJ-11     MONTH ENDING: 08/31/2018

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____ A.   All operating expenses since the beginning of this case have been paid.   Therefore there are no post-petition accounts payable.

### ** OR **

__X__ B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
| See attached "bill pay| Sheet |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE    09/13/2018

_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Madison Chiropractic & Nutrition   CASE NO. : 18-82075-CRJ-11    MONTH ENDING: 08/31/2018
Center, LLC

### File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

**I.  ASSETS**

Current:          Cash                          $_____
                  Inventory                     $_____
                  Accounts Receivable           $_____
                  Other                         $_____
                  Total Current Assets    (a)   $_____

Fixed:            Property & Equipment          $_____
                  Accumulated Depreciation      $<_____>
                  Other                         $_____
                  Total Fixed Assets      (b)   $_____

Total Assets               (a + b) = (c)        $_____

           SEE ATTACHED CASH-BASIS BALANCE SHEET
**II. LIABILITIES**

Current:          Post Chapter 11 Payables      $_____
                  Taxes Payable                 $_____
                  Accrued Professional Fees     $_____
                  Accrued Expenses              $_____
                  Notes Payable                 $_____
                  Current Portion Long Term Debt $_____
                  Other                         $_____
                  Total Current Liabilities (d) $_____

Long Term Debt:   Pre-Chapter 11 Payables       $_____
                  Notes & Loans Payable         $_____
                  Less Current Portion          $<_____>
                  Other                         $_____
                  Total Long Term Debt    (e)   $_____
Total Liabilities           (d + e) = (f)       $_____

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH
                  Capital Stock           (g)   $_____
                  Retained Earnings (Deficit)(h) $_____
                  Current Surplus (Deficit) (i) $_____
Total Liabilities & Stockholder
Equity/Net Worth      (f) + (g) + (h) + (i) $_____

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE___09/13/2018_____          _____
                                          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Madison Chiropractic & Nutrition  CASE NO.: 18-82075-CRJ-11    MONTH ENDING: 08/31/2018
Center, LLC

### File for Each Quarter
### by the 15th of the Month Following the End of the Quarter

## BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

```
TOTAL REVENUE (SALES)                      (a)   $_____
  Cost of Sales:
              Materials              $_____
              Labor                  $_____
              Purchased Services     $_____
     Total Cost of Sales                   (b)   $_____
     Gross Profit              (a - b) = (c)     $_____
                   SEE ATTACHED CASH-BASIS INCOME STATEMENT FOR QUARTER
OPERATING EXPENSES    ENDED
              Management Salary                  $_____
              Other Salary Expense               $_____
              Payroll Expenses                   $_____
              Outside Services & Contractors     $_____
              Supplies (office & operating)      $_____
              Repairs & Maintenance              $_____
              Advertising                        $_____
              Auto Expense                       $_____
              Delivery                           $_____
              Accounting & Legal                 $_____
              Rent                               $_____
              Telephone                          $_____
              Travel & Entertainment             $_____
              Utilities                          $_____
              Insurance                          $_____
              Taxes real estate, property, etc.) $_____
              Interest                           $_____
              Depreciation                       $_____
              Other Operating Expenses (describe)$_____
              _____            $_____
              _____            $_____
     Total Operating Expenses:            (d)    $_____

     Net Profit/(Loss) from Operations (c - d)=(e) $_____

     Non-Operating Income/Expenses  $_____
     _____        $_____
     _____        $_____
     Total                             (f)    $_____

     Net Profit/(Loss)             (e - f)  $_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  09/13/2018 _____                    _____
                                                   RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

# Madison Chiropractic & Nutrition Center, LLC
## Profit & Loss
### August 2018

|  | Aug 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 500 · Management Fees Received | 325.55 |
| 551 · Patient Fees | 60,271.51 |
| 552 · Insurance Payments | 27,624.82 |
| **Total Income** | 88,221.88 |
| **Gross Profit** | 88,221.88 |
| **Expense** | |
| 330 · Sales Tax | 2.56 |
| 801 · Accounting & Legal | 500.00 |
| 804 · Advertising | 7,097.58 |
| 806 · Auto & Truck Expense | 1,556.87 |
| 810 · Bank Fees | 1,218.98 |
| 817 · Contract Labor | 1,842.00 |
| 827 · Finance Charges | |
| 828 · Late Fees | 299.61 |
| **Total 827 · Finance Charges** | 299.61 |
| 831 · Insurance | |
| 833 · Health Insurance | 319.90 |
| 837 · Malpractice Insurance | 489.50 |
| 838 · Worker's Compensation Insurance | 220.45 |
| **Total 831 · Insurance** | 1,029.85 |
| 840 · Meals & Entertainment - Company | 1,220.23 |
| 841 · Meals & Entertainment-Personal | 25.97 |
| 845 · Marketing Expense | 8,600.06 |
| 851 · Office Expense | 17,001.09 |
| 856 · Professional Development | 560.00 |
| 864 · Refund Expense | 4,471.95 |
| 865 · Rent | 1,525.00 |
| 874 · Repairs & Maintenance | 961.00 |
| 880 · Payroll Expenses | |
| 881 · Salaries & Wages | 31,136.53 |
| 887 · Payroll Taxes | 2,438.24 |
| 880 · Payroll Expenses - Other | 826.00 |
| **Total 880 · Payroll Expenses** | 34,400.77 |
| 902 · Telephone | 1,106.45 |
| 904 · Travel Expense | 183.08 |
| 907 · Utilities | 862.36 |
| **Total Expense** | 84,465.41 |
| **Net Ordinary Income** | 3,756.47 |
| **Net Income** | 3,756.47 |

Case 18-82075-CRJ11    Doc 37    Filed 09/19/18    Entered 09/19/18 09:48:43    Desc Main
Document      Page 11 of 28

# Madison Chiropractic & Nutrition Center, LLC
## Profit & Loss
### June through August 2018

| | Jun - Aug 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 49900 · Uncategorized Income | 300.00 |
| 500 · Management Fees Received | 225.55 |
| 551 · Patient Fees | 150,789.16 |
| 552 · Insurance Payments | 74,399.85 |
| **Total Income** | **225,714.56** |
| **Gross Profit** | **225,714.56** |
| **Expense** | |
| 330 · Sales Tax | 56.18 |
| 800 · Management Fees Paid | 35,375.00 |
| 801 · Accounting & Legal | 500.00 |
| 804 · Advertising | 8,908.75 |
| 806 · Auto & Truck Expense | 4,158.80 |
| 810 · Bank Fees | 3,539.28 |
| 817 · Contract Labor | 2,871.13 |
| 818 · Contributions | 1,250.00 |
| 827 · Finance Charges | |
| 828 · Late Fees | 769.61 |
| **Total 827 · Finance Charges** | **769.61** |
| 831 · Insurance | |
| 833 · Health Insurance | 1,022.44 |
| 837 · Malpractice Insurance | 489.50 |
| 838 · Worker's Compensation Insurance | 440.89 |
| 831 · Insurance - Other | 5.10 |
| **Total 831 · Insurance** | **1,957.93** |
| 840 · Meals & Entertainment - Company | 4,580.17 |
| 841 · Meals & Entertainment-Personal | 327.21 |
| 845 · Marketing Expense | 20,245.93 |
| 851 · Office Expense | 35,244.35 |
| 854 · Postage | 1.00 |
| 856 · Professional Development | 1,499.49 |
| 864 · Refund Expense | 5,636.95 |
| 865 · Rent | 6,100.00 |
| 874 · Repairs & Maintenance | 2,280.47 |
| 880 · Payroll Expenses | |
| 881 · Salaries & Wages | 89,991.73 |
| 887 · Payroll Taxes | 7,078.99 |
| 880 · Payroll Expenses - Other | 2,014.00 |
| **Total 880 · Payroll Expenses** | **99,084.72** |
| 894 · Taxes & Licenses | 707.50 |
| 902 · Telephone | 2,711.75 |
| 904 · Travel Expense | 541.60 |
| 907 · Utilities | 1,743.94 |
| **Total Expense** | **240,091.76** |
| **Net Ordinary Income** | **-14,377.20** |
| **Net Income** | **-14,377.20** |

Case 18-82075-CRJ11   Doc 37   Filed 09/19/18   Entered 09/19/18 09:48:43   Desc Main
Document     Page 12 of 28

# Madison Chiropractic & Nutrition Center, LLC
## Balance Sheet
### As of August 31, 2018

|  | Aug 31, 18 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 111 · General-6646-Renasant Bank | 75.01 |
| 116 · Dr. Greg  - Debit 6429-Renasant | 79.19 |
| 120 · PNC - General-5327 | 3,194.93 |
| 121 · PNC - Payroll | 2,966.86 |
| 122 · PNC - Dr. Greg - Debit | 579.66 |
| 123 · PNC - Dr. Justin - Debit | 236.61 |
| **Total Checking/Savings** | 7,132.26 |
| **Other Current Assets** | |
| 137 · Due from MCA | 1,255.17 |
| **Total Other Current Assets** | 1,255.17 |
| **Total Current Assets** | 8,387.43 |
| **Fixed Assets** | |
| 210 · Chiropractic Equipment | 9,540.00 |
| 220 · Software | 9,360.00 |
| 221 · Office Furniture/Equipment | 195.11 |
| 263 · Accumulated Depreciation | -11,072.00 |
| **Total Fixed Assets** | 8,023.11 |
| **TOTAL ASSETS** | **16,410.54** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 212 · N/P Millar Chiropractic Assoc | 13,912.06 |
| 320 · Payroll Liabilities | |
| 324 · 941 Tax Payable | 10,702.70 |
| 326 · State Withholding Payable | 5,675.15 |
| 327 · SUTA Tax Payable | 321.92 |
| 328 · FUTA Tax Payable | 775.52 |
| 329.1 · ALFA LIFE INS | 7.61 |
| **Total 320 · Payroll Liabilities** | 17,482.90 |
| 322 · Delinquent Payroll Taxes | 81,708.42 |
| **Total Other Current Liabilities** | 113,103.38 |
| **Total Current Liabilities** | 113,103.38 |
| **Total Liabilities** | 113,103.38 |
| **Equity** | |
| 30000 · Opening Balance Equity | 750.00 |
| 32000 · Retained Earnings | -61,625.22 |
| 515 · Distributions | -6,499.54 |
| Net Income | -29,318.08 |
| **Total Equity** | -96,692.84 |
| **TOTAL LIABILITIES & EQUITY** | **16,410.54** |

Case 18-82075-CRJ11    Doc 37    Filed 09/19/18    Entered 09/19/18 09:48:43    Desc Main
Document    Page 13 of 28

# Madison Chiropractic & Nutrition Center

| Due Date | Vendor | Account or Invoice # | Balance | Amount | Notes | |
|---|---|---|---|---|---|---|
| | **CURRENT** | | | | | |
| 4 | AT&T Wireless | ▨▨20948 | | 344.50 | Draft | Pd |
| 10 | Huntsville Utilities | ▨▨7552 | | 584.66 | 15th | Pd |
| 10 | Waste Away Dumpster | ▨5607 | | 60.00 | | Pd |
| 12 | NCMIC - Dr. Justin | | | 489.50 | | Pd |
| 25 | Diversified Properties | Rent | | 1,525.00 | September | Pd |
| 25 | WOW Business (Knology) | ▨2049 | | 78.95 | | Pd |
| 25 | Demand Force | | | 299.00 | Draft | Pd |
| 25 | Alabama Retail Comp | W/C Ins | | 220.45 | Q Payment | Pd |
| 30 | Huntsville Utilities | ▨▨7552 | | 307.24 | | Pd |
| | Orthodynamics | ▨7989 | | 172.95 | 6/15/2018 | Pd |
| | Orthodynamics | ▨8253 | | 27.95 | 6/29/2018 | Pd |
| | Orthodynamics | ▨8408 | | 167.95 | 7/6/2018 | |
| | Orthodynamics | ▨8926 | | 257.95 | 8/3/2018 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | **PAST DUE** | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Jan - Mar | Huntsville Hospital | X-rays | | 1,092.00 | | |
| | AT&T Advertising | ▨84-10 | | 1,947.22 | | |
| | IRS - 941 Penalty | late fee | | 1,051.51 | | |
| | Sinclair, Elyria | Pt Refund | | 1,140.00 | 12/06/16 | |
| | Cooks Pest Control | ▨1302 | | 127.65 | Collections | |
| | BCBS - Dr. Kris Dixon | ▨8504 | | 1,962.83 | REFUND | |
| | BCBS - Dr. Jack Langston | ▨6100 | | 70.80 | REFUND | |
| | BCBS(Collections) | | | 16.89 | REFUND | |
| Feb | Millar Chiropractic Associates | 1059 | | 1,576.92 | | |

# Madison Chiropractic & Nutrition Center, LLC
## Reconciliation Summary
### 111 · General-6646-Renasant Bank, Period Ending 08/31/2018

|  | Aug 31, 18 |
|---|---|
| **Beginning Balance** | 50.97 |
|   **Cleared Transactions** |  |
|     Checks and Payments · 2 Items | -659.19 |
|     Deposits and Credits · 12 Items | 683.23 |
|   **Total Cleared Transactions** | 24.04 |
| **Cleared Balance** | 75.01 |
| **Register Balance as of 08/31/2018** | 75.01 |
|   **New Transactions** |  |
|     Deposits and Credits · 1 Item | 60.38 |
|   **Total New Transactions** | 60.38 |
| **Ending Balance** | 135.39 |

```
RENASANT BANK                                        STATEMENT OF ACCOUNT
211 LEE STREET NE                        JULY 31, 2018: LAST STATEMENT
DECATUR AL 35601                       AUGUST 31, 2018: THIS STATEMENT
                                              PAGE 1 OF 2    ██████6646


                                       DIRECT INQUIRIES TO:
                                       877 367-5371

        MADISON CHIROPRACTIC & NUTRITION CENTER     RENASANT BANK
        PO BOX 21157                                211 LEE STREET NE
        HUNTSVILLE AL 35813-5157                    DECATUR AL 35601

                                                                        1
```

```
*******************  BUSINESS CHECKING - SUMMARY  ******************

                                       PREVIOUS BALANCE          $50.97
ACCOUNT NUMBER            ██████6646   ADDITIONS         +        683.23
AVG COLLECTED BALANCE         263.00   SUBTRACTIONS      -        659.19
INTEREST EARNED YEAR TO DATE    0.00   INTEREST EARNED   +          0.00
                                       ENDING BALANCE              $75.01
```

```
************************************ CHECKS ************************************

NUMBER       DATE          AMOUNT     NUMBER       DATE          AMOUNT
1754         08-30         550.00
```

```
******************************** OTHER DEBITS ********************************

DATE     DESCRIPTION                                      SUBTRACTIONS
08-13    #CASH MGMT TRSFR DR                                  -109.19
         REF 2251152L FUNDS TRANSFER TO
         DEP ██████6429 FROM
```

```
*********************************** CREDITS ***********************************

DATE     DESCRIPTION                                         ADDITIONS
08-06    #DIRECT DEPOSIT                                         10.00
         AETNA AS01 HCCLAIMPMT
         818213490002839*1066033492\
08-08    #DIRECT DEPOSIT                                         90.57
         MAC PTB ALGATN HCCLAIMPMT
         898279881*1571062326~
08-09    #DIRECT DEPOSIT                                         60.38
         MAC PTB ALGATN HCCLAIMPMT
         898287609*1571062326~
08-13    #DIRECT DEPOSIT                                         81.28
         MAC PTB ALGATN HCCLAIMPMT
         898302368*1571062326~
08-14    #DIRECT DEPOSIT                                         30.19
         MAC PTB ALGATN HCCLAIMPMT
         898309984*1571062326~
08-15    #DIRECT DEPOSIT                                         39.36
         MAC PTB ALGATN HCCLAIMPMT
         898317636*1571062326~
08-17    #DIRECT DEPOSIT                                        120.76
         MAC PTB ALGATN HCCLAIMPMT
         898331648*1571062326~
08-20    #DIRECT DEPOSIT                                         30.19
         MAC PTB ALGATN HCCLAIMPMT
         898339380*1571062326~
```



```
****************************** CREDITS ******************************

DATE    DESCRIPTION                                          ADDITIONS
08-21   #DIRECT DEPOSIT                                          30.19
          MAC PTB ALGATN HCCLAIMPMT
          898347485*1571062326~
08-27   #DIRECT DEPOSIT                                          60.38
          MAC PTB ALGATN HCCLAIMPMT
          898378933*1571062326~
08-28   #DIRECT DEPOSIT                                          60.38
          MAC PTB ALGATN HCCLAIMPMT
          898386919*1571062326~
08-30   #DIRECT DEPOSIT                                          69.55
          MAC PTB ALGATN HCCLAIMPMT
          898402491*1571062326~
```

|                            | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
| -------------------------- | --------------------- | ------------------ |
| TOTAL OVERDRAFT FEES       | $0.00                 | $0.00              |
| TOTAL RETURNED ITEM FEES   | $0.00                 | $0.00              |

# Madison Chiropractic & Nutrition Center, LLC
## Reconciliation Summary
### 120 · PNC - General-5327, Period Ending 08/31/2018

|  | Aug 31, 18 |
|---|---|
| **Beginning Balance** | 7,743.20 |
| **Cleared Transactions** |  |
| Checks and Payments - 82 Items | -91,290.25 |
| Deposits and Credits - 55 Items | 89,163.10 |
| **Total Cleared Transactions** | -2,127.15 |
| **Cleared Balance** | 5,616.05 |
| **Uncleared Transactions** |  |
| Checks and Payments - 3 Items | -2,421.12 |
| **Total Uncleared Transactions** | -2,421.12 |
| **Register Balance as of 08/31/2018** | 3,194.93 |
| **New Transactions** |  |
| Checks and Payments - 2 Items | -1,125.10 |
| Deposits and Credits - 4 Items | 6,812.00 |
| **Total New Transactions** | 5,686.90 |
| **Ending Balance** | 8,881.83 |

# Business Checking Preferred

 **PNC BANK**

PNC Bank

MADISON CHIROPRACTIC & NUTRITION CEN
LLC
GENERAL
1908 SLAUGHTER RD
MADISON AL 35758-8619

🏛 For 24-hour banking sign on to

🖳 PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

Moving? Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
🖳 Visit us at PNC.com/smallbusiness
☎ TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## PNC EXPRESS FUNDS EXPANDS TO THE PNC ATM NETWORK

PNC Express Funds for Mobile Banking was introduced last year and we've now expanded this service to include deposits made at our PNC ATMs.

PNC Express Funds is an optional service providing immediate availability to qualifying single check deposits. If you deposit a single check that qualifies for this service, you will be offered the option for a fee, at the ATM, to receive immediate availability of the deposit for purchases and/or withdrawals.

The fee for PNC Express Funds is 2% of the total check amount (a $2.00 minimum fee will apply). In addition, if the check you deposited using PNC Express Funds is returned due to insufficient funds, PNC will not charge your account for the amount of the check that was returned.

See the PNC Funds Availability policy for details on funds availability and cut off times.

---

## Business Checking Preferred Summary

Account number: ●●●●●●-5327

Madison Chiropractic & Nutrition Cen
Llc

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 7,743.20 | 89,163.10 | 91,290.25 | 5,616.05 |
| | | Average ledger balance | Average collected balance | |
| | | 8,156.02 | 8,008.18 | |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 13 | 7,495.03 | Checks | 26 | 19,611.87 |
| ACH Additions | 38 | 80,146.80 | ACH Deductions | 7 | 2,402.88 |
| Other Additions | 3 | 1,521.27 | Other Deductions | 49 | 69,275.50 |
| Total | 54 | 89,163.10 | Total | 82 | 91,290.25 |

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Preferred Account Number: ●●●●●-5327 - continued

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|----------------|------|----------------|------|----------------|
| 08/01 | 16,718.77 | 08/13 | 9,424.69 | 08/23 | 6,236.45 |
| 08/02 | 7,399.24 | 08/14 | 10,217.96 | 08/24 | 7,373.93 |
| 08/03 | 9,409.49 | 08/15 | 17,758.08 | 08/27 | 5,259.40 |
| 08/06 | 12,042.73 | 08/16 | 4,667.75 | 08/28 | 3,644.86 |
| 08/07 | 13,117.16 | 08/17 | 4,787.45 | 08/29 | 5,345.36 |
| 08/08 | 14,964.68 | 08/20 | 4,053.27 | 08/30 | 5,199.15 |
| 08/09 | 6,837.90 | 08/21 | 6,054.90 | 08/31 | 5,616.05 |
| 08/10 | 6,691.46 | 08/22 | 13,491.40 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 08/01 | 124.20 | Remote Capture  55550001 | 074537084 |
| 08/02 | 252.50 | Deposit | 035795216 |
| 08/08 | 64.00 | Deposit | 036149829 |
| 08/08 | 106.12 | Remote Capture  55550001 | 074729094 |
| 08/13 | 2,885.00 | Remote Capture  55550001 | 071666407 |
| 08/15 | 971.61 | Remote Capture  55550001 | 074751183 |
| 08/16 | 59.00 | Deposit | 032896019 |
| 08/22 | 240.00 | Deposit | 037567023 |
| 08/22 | 49.88 | Remote Capture  55550001 | 074262347 |
| 08/27 | 1,605.00 | Deposit | 040131715 |
| 08/28 | 547.72 | Remote Capture  55550001 | 072647731 |
| 08/29 | 40.00 | Deposit | 038114132 |
| 08/29 | 550.00 | Remote Capture  55550001 | 074030826 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 08/01 | 3,098.54 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018212005606701 |
| 08/01 | 4,464.43 | Corporate ACH Hcclaimpmt<br>Bcbsal Shield R 1669783734-2728 | 00018213007055732 |
| 08/01 | 1,858.18 | Corporate ACH Hcclaimpmt<br>Bcbsal Shield F 1669783734-2728 | 00018213007056067 |
| 08/02 | 1,226.94 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018213011335250 |
| 08/02 | 15.62 | ACH Credit Ashg Ashg | 00018213012817706 |
| 08/03 | 1,759.96 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018214006223660 |
| 08/06 | 2,929.75 | Corporate ACH Btot Dep<br>Synchrony Bank 534812028467572 | 00018218002093106 |
| 08/06 | 2,001.60 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018218002057911 |
| 08/06 | 15.62 | ACH Credit Ashg Ashg | 00018218002079940 |
| 08/07 | 1,874.43 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018218005395282 |

ACH Additions continued on next page

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Preferred Account Number: ████-5327 - continued

## ACH Additions - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/08 | 3,001.19 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018219009622353 |
| 08/08 | 4,521.84 | Corporate ACH Hcclaimpmt<br>Bcbsal Shield R 1669783734-2728 | 00018220000921556 |
| 08/08 | 1,348.87 | Corporate ACH Hcclaimpmt<br>Bcbsal Shield F 1669783734-2728 | 00018220000921898 |
| 08/09 | 921.72 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018220004845903 |
| 08/10 | 1,419.81 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018221008710461 |
| 08/13 | 908.23 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018225003998884 |
| 08/14 | 1,594.47 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018225008242989 |
| 08/15 | 1,700.92 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018226012767311 |
| 08/15 | 3,585.13 | Corporate ACH Hcclaimpmt<br>Bcbsal Shield R 1669783734-2728 | 00018227004105400 |
| 08/15 | 1,282.46 | Corporate ACH Hcclaimpmt<br>Bcbsal Shield F 1669783734-2728 | 00018227004105735 |
| 08/16 | 2,416.88 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018227008140700 |
| 08/17 | 1,019.70 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018228012777744 |
| 08/20 | 185.97 | Corporate ACH Btot Dep<br>Synchrony Bank 534812028467572 | 00018232009144194 |
| 08/21 | 2,893.69 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018232011502776 |
| 08/22 | 3,375.97 | Corporate ACH Hcclaimpmt<br>Bcbsal Shield R 1669783734-2728 | 00018234006941821 |
| 08/22 | 1,393.15 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018234006901662 |
| 08/22 | 1,296.25 | Corporate ACH Hcclaimpmt<br>Bcbsal Shield F 1669783734-2728 | 00018234006942146 |
| 08/22 | 1,081.25 | Corporate ACH Btot Dep<br>Synchrony Bank 534812028467572 | 00018234006916195 |
| 08/23 | 2,206.04 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018234010748576 |
| 08/24 | 6,833.42 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018235004576589 |
| 08/27 | 551.45 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018239009422747 |
| 08/28 | 9,973.23 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018239013327160 |
| 08/29 | 1,236.84 | Corporate ACH CR CD Dep<br>Anovia Payments 546980412134901 | 00018240007756913 |
| 08/29 | 3,402.32 | Corporate ACH Hcclaimpmt<br>Bcbsal Shield R 1669783734-2728 | 00018241009039311 |

ACH Additions continued on next page

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 08/01/2018 to 08/31/2018
Madison Chiropractic & Nutrition Cen
Primary Account Number: ⬛⬛⬛⬛⬛-5327
Page 4 of 6

Business Checking Preferred Account Number: ⬛⬛⬛⬛⬛-5327 - continued

## ACH Additions   - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/29 | 1,179.34 | Corporate ACH Hcclaimpmt | 00018241009039651 |
| | | Bcbsal Shield F 1669783734-2728 | |
| 08/30 | 857.48 | Corporate ACH CR CD Dep | 00018241013931030 |
| | | Anovia Payments 546980412134901 | |
| 08/30 | 21.31 | ACH Credit Ashg Ashg | 00018242005694637 |
| 08/31 | 692.80 | Corporate ACH CR CD Dep | 00018242008197405 |
| | | Anovia Payments 546980412134901 | |

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/03 | 700.00 | Online Transfer From ⬛⬛⬛⬛⬛5319 | MADISON CHIROPR |
| 08/06 | 121.27 | Online Transfer From ⬛⬛⬛⬛⬛5191 | MADISON CHIROPR |
| 08/16 | 700.00 | Online Transfer From ⬛⬛⬛⬛⬛5335 | MADISON CHIROPR |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/29 | 11035 * | 60.00 | 073103968 | 08/13 | 11057 | 60.00 | 077858480 | 08/27 | 11066 | 1,525.00 | 071652257 |
| 08/28 | 11044 * | 1,699.00 | 073084620 | 08/10 | 11058 | 866.25 | 070850124 | 08/24 | 11067 | 1,150.75 | 076494504 |
| 08/10 | 11048 * | 100.00 | 077696979 | 08/16 | 11059 | 120.00 | 075107069 | 08/24 | 11068 | 1,243.00 | 076494505 |
| 08/06 | 11050 * | 1,525.00 | 077718184 | 08/16 | 11060 | 811.17 | 075853518 | 08/24 | 11069 | 2,297.58 | 076494506 |
| 08/03 | 11051 | 49.71 | 076698083 | 08/16 | 11061 | 683.00 | 075853517 | 08/24 | 11070 | 249.50 | 076494503 |
| 08/01 | 11053 * | 505.90 | 046428580 | 08/16 | 11062 | 1,000.00 | 075853519 | 08/24 | 11071 | 195.11 | 076494502 |
| 08/07 | 11054 | 300.00 | 073792190 | 08/16 | 11063 | 560.00 | 075853518 | 08/31 | 11072 | 200.90 | 051168188 |
| 08/06 | 11055 | 700.00 | 072110582 | 08/20 | 11064 | 100.00 | 071763751 | 08/29 | 11075 * | 3,000.00 | 074030077 |
| 08/07 | 11056 | 500.00 | 073738233 | 08/27 | 11065 | 100.00 | 071329125 | | | | |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/02 | 918.98 | Corporate ACH Ccdiscount | 00018213011278752 |
| | | Anovia Payments 546980412134901 | |
| 08/08 | 344.50 | ACH Debit Payment Att XXXXX5011Epayw | 00018219009618808 |
| 08/14 | 568.39 | ACH Debit Conc.Debt Hsv Draft Dbt XXXXXXXX7552 | 00018225906310638 |
| 08/21 | 489.50 | ACH Debit Ins Prem Ncmic Inscompany 1285226 | 00018232011478060 |
| 08/21 | 1.42 | Corporate ACH Alabama.Go | 00018233002950328 |
| | | AI Onespot Tax 20181574256 | |
| 08/21 | 1.14 | Corporate ACH Direct Dbt  AI-Dept Of Rev | 00018233002932339 |
| 08/27 | 78.95 | Corporate ACH 8554969929 Wowl 4264919 | 00018239009451205 |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/01 | 63.88 | Funds Transfer To  Acct ⬛⬛⬛⬛5351 | I-GEN118080100000509 |
| 08/02 | 7,945.61 | Online Transfer To ⬛⬛⬛⬛⬛5335 | MADISON CHIR00003679 |
| 08/02 | 1,850.00 | Online Transfer To ⬛⬛⬛⬛⬛5319 | MILLAR CHIRO00003678 |
| 08/02 | 100.00 | Online Transfer To ⬛⬛⬛⬛⬛5351 | MADISON CHIR00003680 |
| 08/03 | 200.00 | Online Transfer To ⬛⬛⬛⬛⬛5351 | MADISON CHIR00004652 |
| 08/03 | 200.00 | Online Transfer To ⬛⬛⬛⬛⬛5343 | MADISON CHIR00004651 |

Other Deductions continued on next page

# Business Checking Preferred

📠 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Preferred Account Number: ⬛⬛⬛⬛-5327 - continued

## Other Deductions   *- continued*

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 08/06 | 150.00 | Online Transfer To | ⬛⬛⬛5343 | MADISON CHIR00007976 |
| 08/06 | 60.00 | Online Transfer To | ⬛⬛⬛5343 | MADISON CHIR00007975 |
| 08/08 | 550.00 | Online Transfer To | ⬛⬛⬛5343 | MADISON CHIR00003430 |
| 08/08 | 100.00 | Online Transfer To | ⬛⬛⬛5351 | MADISON CHIR00003431 |
| 08/08 | 6,200.00 | Online Transfer To | ⬛⬛⬛5319 | MILLAR CHIRO00003429 |
| 08/09 | 6,898.50 | Online Transfer To | ⬛⬛⬛5335 | MADISON CHIR00003262 |
| 08/09 | 2,150.00 | Online Transfer To | ⬛⬛⬛5319 | MILLAR CHIRO00003261 |
| 08/10 | 100.00 | Online Transfer To | ⬛⬛⬛5343 | MADISON CHIR00004351 |
| 08/10 | 500.00 | Online Transfer To | ⬛⬛⬛5343 | MADISON CHIR00004352 |
| 08/13 | 300.00 | Online Transfer To | ⬛⬛⬛5343 | MADISON CHIR00007751 |
| 08/13 | 600.00 | Online Transfer To | ⬛⬛⬛5343 | MADISON CHIR00007752 |
| 08/13 | 100.00 | Online Transfer To | ⬛⬛⬛5351 | MADISON CHIR00007753 |
| 08/14 | 150.00 | Online Transfer To | ⬛⬛⬛5351 | MADISON CHIR00003388 |
| 08/14 | 82.81 | Funds Transfer To Acct | ⬛⬛⬛5343 | I-GEN118081400000890 |
| 08/16 | 7,519.98 | Online Transfer To | ⬛⬛⬛5335 | MADISON CHIR00003494 |
| 08/16 | 3,283.36 | Online Transfer To | ⬛⬛⬛5335 | MADISON CHIR00003493 |
| 08/16 | 138.70 | Online Transfer To | ⬛⬛⬛5335 | MADISON CHIR00003492 |
| 08/16 | 2,150.00 | Online Transfer To | ⬛⬛⬛5319 | MILLAR CHIRO00003491 |
| 08/17 | 100.00 | Online Transfer To | ⬛⬛⬛5351 | MADISON CHIR00004269 |
| 08/17 | 500.00 | Online Transfer To | ⬛⬛⬛5343 | MADISON CHIR00004268 |
| 08/17 | 300.00 | Online Transfer To | ⬛⬛⬛5351 | MADISON CHIR00004270 |
| 08/20 | 450.00 | Online Transfer To | ⬛⬛⬛5343 | MADISON CHIR00007764 |
| 08/20 | 100.00 | Online Transfer To | ⬛⬛⬛5351 | MADISON CHIR00007765 |
| 08/20 | 205.40 | Funds Transfer To Acct | ⬛⬛⬛5343 | I-GEN118082000000816 |
| 08/20 | 64.75 | Funds Transfer To Acct | ⬛⬛⬛5351 | I-GEN118082000000817 |
| 08/21 | 300.00 | Online Transfer To | ⬛⬛⬛5351 | MADISON CHIR00003377 |
| 08/21 | 100.00 | Online Transfer To | ⬛⬛⬛5343 | MADISON CHIR00003376 |
| 08/23 | 200.00 | Online Transfer To | ⬛⬛⬛5343 | MADISON CHIR00003187 |
| 08/23 | 7,110.99 | Online Transfer To | ⬛⬛⬛5335 | MADISON CHIR00003186 |
| 08/23 | 2,150.00 | Online Transfer To | ⬛⬛⬛5319 | MILLAR CHIRO00003185 |
| 08/24 | 550.00 | Online Transfer To | ⬛⬛⬛5343 | MADISON CHIR00004279 |

Other Deductions continued on next page

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 08/01/2018 to 08/31/2018
Madison Chiropractic & Nutrition Cen
Primary Account Number: ▮▮▮▮-5327
Page 6 of 6

Business Checking Preferred Account Number: ▮▮▮▮-5327 - continued

## Other Deductions  *- continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/27 | 500.00 | Online Transfer To ▮▮▮▮5351 | MADISON CHIR00007643 |
| 08/27 | 1,800.00 | Online Transfer To ▮▮▮▮5343 | MADISON CHIR00007642 |
| 08/27 | 267.03 | Funds Transfer To  Acct▮▮▮5343 | I-GEN118082700000623 |
| 08/28 | 100.00 | Online Transfer To ▮▮▮▮5343 | MADISON CHIR00003217 |
| 08/28 | 8,186.49 | Online Transfer To ▮▮▮▮5335 | MADISON CHIR00003216 |
| 08/28 | 2,150.00 | Online Transfer To ▮▮▮▮5319 | MILLAR CHIRO00003215 |
| 08/29 | 625.00 | Online Transfer To ▮▮▮▮5319 | MILLAR CHIRO00003110 |
| 08/29 | 823.00 | Online Transfer To ▮▮▮▮5343 | MADISON CHIR00003111 |
| 08/29 | 200.00 | Online Transfer To ▮▮▮▮5351 | MADISON CHIR00003112 |
| 08/30 | 250.00 | Online Transfer To ▮▮▮▮5351 | MADISON CHIR00003437 |
| 08/30 | 775.00 | Online Transfer To ▮▮▮▮5343 | MADISON CHIR00003436 |
| 08/31 | 75.00 | Corporate Account Analysis Charge | 000000000000038866 |

Member FDIC                     Equal Housing Lender

# Madison Chiropractic & Nutrition Center, LLC
## Reconciliation Summary
### 121 · PNC · Payroll, Period Ending 08/31/2018

|  | Aug 31, 18 |
|---|---|
| **Beginning Balance** | 2,682.47 |
| **Cleared Transactions** | |
| Checks and Payments · 44 Items | -34,365.93 |
| Deposits and Credits · 8 Items | 41,409.18 |
| **Total Cleared Transactions** | 7,043.25 |
| **Cleared Balance** | 9,725.72 |
| **Uncleared Transactions** | |
| Checks and Payments · 9 Items | -6,758.86 |
| **Total Uncleared Transactions** | -6,758.86 |
| **Register Balance as of 08/31/2018** | 2,966.86 |
| **New Transactions** | |
| Checks and Payments · 10 Items | -6,412.47 |
| **Total New Transactions** | -6,412.47 |
| **Ending Balance** | -3,445.61 |

# Business Checking Preferred

 **PNC BANK**

PNC Bank

For the Period 08/01/2018 to 08/31/2018

Primary Account Number: ●●●●●●-5335
Page 1 of 3
Number of enclosures: 0

MADISON CHIROPRACTIC & NUTRITION CEN
PAYROLL
1908 SLAUGHTER RD
MADISON AL 35758-8619

☎ For 24-hour banking sign on to

🖥 PNC Bank Online Banking on pnc.com
 FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
 PO Box 609
 Pittsburgh, PA 15230-9738
🖥 Visit us at PNC.com/smallbusiness

📟 TDD terminal: 1-800-531-1648
 For hearing impaired clients only

---

## PNC EXPRESS FUNDS EXPANDS TO THE PNC ATM NETWORK

PNC Express Funds for Mobile Banking was introduced last year and we've now expanded this service to include deposits made at our PNC ATMs.

PNC Express Funds is an optional service providing immediate availability to qualifying single check deposits. If you deposit a single check that qualifies for this service, you will be offered the option for a fee, at the ATM, to receive immediate availability of the deposit for purchases and/or withdrawals.

The fee for PNC Express Funds is 2% of the total check amount (a $2.00 minimum fee will apply). In addition, if the check you deposited using PNC Express Funds is returned due to insufficient funds, PNC will not charge your account for the amount of the check that was returned.

See the PNC Funds Availability policy for details on funds availability and cut off times.

---

## Business Checking Preferred Summary

Madison Chiropractic & Nutrition Cen
Payroll

Account number: ●●●●●●-5335

Overdraft Protection Provided By: XXXXXX5327

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 2,682.47 | 41,409.18 | 34,365.93 | 9,725.72 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 6,925.39 | 6,925.39 |

---

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Other Additions | 8 | 41,409.18 | Checks | 33 | 21,893.77 |
| | | | ACH Deductions | 6 | 10,337.36 |
| | | | Other Deductions | 5 | 2,134.80 |
| Total | 8 | 41,409.18 | Total | 44 | 34,365.93 |

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 08/01/2018 to 08/31/2018
Madison Chiropractic & Nutrition Cen
Primary Account Number: ■■■■■■-5335

Business Checking Preferred Account Number: ■■■■■-5335 - continued
Page 2 of 3

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|---------------|------|---------------|------|---------------|
| 08/01 | 1,430.95 | 08/13 | 3,616.40 | 08/23 | 11,158.58 |
| 08/02 | 8,676.56 | 08/15 | 2,212.80 | 08/24 | 8,086.52 |
| 08/03 | 6,093.10 | 08/16 | 12,454.84 | 08/27 | 4,953.85 |
| 08/06 | 4,990.50 | 08/17 | 7,961.07 | 08/28 | 13,140.34 |
| 08/07 | 4,154.55 | 08/20 | 5,659.60 | 08/29 | 11,648.04 |
| 08/09 | 9,554.25 | 08/21 | 5,129.82 | 08/30 | 10,138.31 |
| 08/10 | 6,042.33 | 08/22 | 3,722.04 | 08/31 | 9,725.72 |

## Activity Detail

### Deposits and Other Additions

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|------|------|------|------|
| 08/02 | 7,945.61 | Online Transfer From ■■■■■5327 | MADISON CHIROPR |
| 08/09 | 6,898.50 | Online Transfer From ■■■■■5327 | MADISON CHIROPR |
| 08/16 | 7,519.98 | Online Transfer From ■■■■■5327 | MADISON CHIROPR |
| 08/16 | 3,283.36 | Online Transfer From ■■■■■5327 | MADISON CHIROPR |
| 08/16 | 138.70 | Online Transfer From ■■■■■5327 | MADISON CHIROPR |
| 08/23 | 325.55 | Online Transfer From ■■■■■5191 | MADISON CHIROPR |
| 08/23 | 7,110.99 | Online Transfer From ■■■■■5327 | MADISON CHIROPR |
| 08/28 | 8,186.49 | Online Transfer From ■■■■■5327 | MADISON CHIROPR |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 08/07 | 2110 * | 11.02 | 073484660 | 08/10 | 2121 | 177.60 | 077749316 | 08/21 | 2132 | 529.78 | 073299950 |
| 08/13 | 2111 | 832.07 | 072087152 | 08/13 | 2122 | 177.57 | 077668211 | 08/20 | 2133 | 471.80 | 071763752 |
| 08/06 | 2112 | 177.59 | 072110583 | 08/10 | 2123 | 824.93 | 077280650 | 08/24 | 2134 | 974.01 | 071329181 |
| 08/06 | 2113 | 217.60 | 077728469 | 08/10 | 2124 | 379.08 | 077605072 | 08/24 | 2135 | 177.59 | 077013603 |
| 08/07 | 2114 | 824.93 | 073398572 | 08/10 | 2125 | 1,652.08 | 077749317 | 08/24 | 2136 | 824.93 | 077103231 |
| 08/03 | 2115 | 436.14 | 077450280 | 08/10 | 2126 | 478.23 | 077605079 | 08/24 | 2137 | 417.47 | 077013581 |
| 08/03 | 2116 | 1,652.06 | 077450308 | 08/27 | 2127 | 983.50 | 071329162 | 08/24 | 2138 | 1,652.07 | 077013602 |
| 08/13 | 2117 | 578.89 | 072087160 | 08/20 | 2128 | 177.61 | 077860679 | 08/27 | 2139 | 475.39 | 071329163 |
| 08/03 | 2118 | 495.26 | 077450298 | 08/17 | 2129 | 824.93 | 077432454 | 08/27 | 2140 | 699.77 | 071329124 |
| 08/06 | 2119 | 707.41 | 072110340 | 08/17 | 2130 | 385.48 | 077346613 | 08/30 | 2143 * | 824.93 | 075287381 |
| 08/13 | 2120 | 837.40 | 072087153 | 08/20 | 2131 | 1,652.06 | 071786017 | 08/31 | 2144 | 362.59 | 076529122 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|------|------|------|------|
| 08/01 | 1,251.52 | Corporate ACH Usataxpymt IRS ■■■■■1426 | 00018212004465702 |
| 08/09 | 1,498.80 | Corporate ACH Usataxpymt IRS ■■■■■8306 | 00018221006356521 |
| 08/15 | 1,403.60 | Corporate ACH Usataxpymt IRS ■■■■■5378 | 00018226011593156 |
| 08/17 | 3,283.36 | Corporate ACH Direct Dbt Al-Dept Of Rev | 00018229004211704 |
| 08/22 | 1,407.78 | Corporate ACH Usataxpymt IRS ■■■■■4046 | 00018234009651886 |
| 08/29 | 1,492.30 | Corporate ACH Usataxpymt IRS ■■■■■0999 | 00018240006627545 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|------|------|------|------|
| 08/02 | 700.00 | Online Transfer To ■■■■■5319 | MILLAR CHIRO00003681 |
| 08/16 | 700.00 | Online Transfer To ■■■■■5327 | MADISON CHIRO00003495 |
| 08/30 | 45.00 | Online Transfer To ■■■■■5319 | MILLAR CHIRO00003438 |

Other Deductions continued on next page

# Business Checking Preferred

For the Period 08/01/2018 to 08/31/2018
Madison Chiropractic & Nutrition Cen
Primary Account Number: ██████-5335
Page 3 of 3

Business Checking Preferred Account Number: ██████5335 - continued

## Other Deductions  *- continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/30 | 639.80 | Online Transfer To ███████5319 | MILLAR CHIRO00003439 |
| 08/31 | 50.00 | Corporate Account Analysis Charge | 000000000000038867 |

Member FDIC                    Equal Housing Lender