# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

In the Matter of: }
MADISON CHIROPRACTIC & NUTRITION } CASE NO. 18-82075-CRJ-11
CENTER, LLC }
}
} CHAPTER 11
Debtor }

## ORDER APPROVING DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT DATED FEBRUARY 27, 2019; SCHEDULING CONFIRMATION HEARING; FIXING TIME FOR OBJECTING TO CONFIRMATION AND TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN

This case came before the Court on March 4, 2019 for hearing on Debtor's First Amended Disclosure Statement dated February 27, 2019. Appearing at the hearing were Tazewell Taylor Shepard IV, Esq., counsel for the Debtor, and Richard Blythe, Esq., counsel for the Bankruptcy Administrator.

No objections to the First Amended Disclosure Statement having been filed, the Court finds that the First Amended Disclosure Statement contains adequate information about the Debtor's Plan of Reorganization as required under 11 U.S.C. § 1125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Debtor's First Amended Disclosure Statement is hereby **APPROVED**.

2. Pursuant to Rule 3017(c), a hearing on Confirmation of the Plan will be held on **Monday, April 15, 2019** at **10:00 a.m.** before the Honorable Clifton R. Jessup, Jr. at the **United States Courthouse, 400 Well Street, Decatur, AL 35601.**

3. Pursuant to Bankruptcy Rule 3017(c), **Thursday, April 4, 2019** by **5:00 p.m., CDT** is fixed as the deadline by which the holders of claims and interests against the Debtor must file ballots accepting or rejecting the Plan.

4. Pursuant to Bankruptcy Rule 3020(b)(1), **Thursday, April 4, 2019** by **5:00 p.m., CDT, CDT** is fixed as the last day by which creditors and parties in interest must file any objections to confirmation of the Plan.

5. The Debtor must tabulate all acceptances and rejections of the Plan and file a **Ballot Summary** with the Court on or before **Wednesday, April 10, 2019** by **12:00 p.m., CDT.**

6. The Debtor must file a **Memorandum in Support of Confirmation** explaining pursuant to 11 U.S.C. § 1129 how the Plan of Reorganization satisfies the requirements for confirmation, including evidence of feasibility on or before **Wednesday, April 10, 2019** by **12:00 p.m., CDT.**

Dated this the 5th day of March, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge
