# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Madison Chiropractic & Nutrition Center, LLC <br> EIN: xx-xxx0856 <br><br> Debtor. | ) ) ) ) ) ) | Case No.: 18-82075-CRJ-11 <br><br><br><br> CHAPTER 11 |

## DEBTOR'S REPORT ON BALLOTS FILED
## CONCERNING DEBTOR'S PLAN OF REORGANIZATION

COMES NOW the Chapter 11 Debtor, Madison Chiropractic & Nutrition Center, LLC (the "Debtor"), and, pursuant to 11 U.S.C. § 1126 and this Court's order, files this report on ballots filed on its pending Plan of Reorganization (the "Plan"):

## VOTING RESULTS BY CLASS

| CLASS | VOTING RESULTS |
|---|---|
| **Class 1 – Secured Creditor Class: ADOR** | **Class Member Did Not Vote.** |
| **Class 2 – Priority Tax Creditor Claims** | **Class Members Did Not Vote.** |
| **Class 3 – De Minimis Class** | **This Class Accepts the Plan.** |

    Creditor Lynda Hall voted to accept the Plan (Doc. 78); and

    No other creditors in this class cast a ballot on the Plan.

| | |
|---|---|
| **Class 4 – General Unsecured Class** | **Class Members Did Not Vote.** |
| **Class 5 – The Debtor's Equity Security Holders** | **Class Members Did Not Vote.** |

## CONCLUSION

One creditor voted to in favor of the Plan resulting in Class 3 accepting the Plan. No parties-in-interest voted to reject the Plan. Additionally, no parties-in-interest filed any timely objections to confirmation of the Plan. The Plan is eligible for confirmation without the need to cram-down the interests of any dissenting creditors.

1

Respectfully submitted this 8th day of April, 2019.

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys to Chapter 11 Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that I have this the 8th day of April, 2019 served the foregoing document upon all addressees on the Clerk's Mailing Matrix in this case, Richard M. Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35062 by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U. S. Mail, postage prepaid.

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard IV