# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Madison Chiropractic & Nutrition Center, LLC | ) ) ) | Case No.: 18-82075-CRJ-11 |
| Debtor. | ) | CHAPTER 11 |

## ORDER CONFIRMING FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

This case came before the Court on May 6, 2019 for confirmation of the First Amended Plan of Reorganization [Doc. 66] (the "Plan") filed by Madison Chiropractic & Nutrition Center, LLC (the "Debtor") on February 27, 2019. Present during the hearing were Tazewell T. Shepard IV, counsel for the Debtor, and Richard M. Blythe, counsel for the Bankruptcy Administrator.

The Court had jurisdiction to conduct the hearing and to confirm the Plan pursuant to 28 U.S.C. § 1334. Confirmation of a Plan is a core proceeding pursuant to 28 U.S.C. § 157(b) and this Court has jurisdiction to enter a final order with respect thereto. Further, the Debtor is proper debtor under 11 U.S.C. § 109 of the Bankruptcy Code and is a proper proponent of the Plan under 11 U.S.C. § 1121(a).

The record reflects that a copy of the Debtor's Plan was properly served upon the creditors and equity security holders, and notice of the Confirmation Hearing was sent to all interested parties in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure.

In accord with the Amended Summary of Ballots filed by the Debtor [Doc. 89], counsel for the Debtor reported that Class 4, the general unsecured creditor class, voted in favor of accepting confirmation of the Plan. Class 4 is impaired and entitled to vote on acceptance or rejection of confirmation of the Plan. No classes of creditors voted to reject the Plan. The record reflects, and counsel for the Debtor confirmed, that no parties-in-interest filed a timely objection to confirmation.

Upon consideration of the pleadings, statements by counsel in open court, and the Debtor's Brief in Support of Confirmation of its Chapter 11 Plan of Reorganization [Doc. 81], the Court finds as follows:

A. The Plan complied with all applicable provisions of the Bankruptcy Code governing notice, disclosure, and solicitation in connection with the Plan, Disclosure Statement and all other matters considered by this Court in connection with this case, thereby satisfying 11 U.S.C. § 1129(a); and

B. The Plan carried all classes which voted on the Plan. Accordingly, a "cram down" request was not necessary and consideration of 11 U.S.C. § 1129(b) is unwarranted.

Based on the foregoing, it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1. The First Amended Chapter 11 Plan of Reorganization filed on February 27, 2019 by the Debtor, Madison Chiropractic & Nutrition Center, LLC, is hereby **CONFIRMED**;

2. The Debtor and all creditors in this case are bound by the confirmed Plan;

3. All property of the Debtor's estate shall vest in the Debtor on the confirmation date subject to the provisions of the confirmed Plan, and the Debtor shall be authorized to resume and conduct its normal course of business without being required to seek further authority from the Court;

4. Except as provided in the confirmed Plan, all property of the estate vests in the Debtor free and clear of any other claims or interests; and

5. In accordance with the provisions of the confirmed Plan, the Court shall retain jurisdiction over this case until the confirmed has been substantially consummated and the case closed.

Dated this the 10th day of May 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
Attorney for Debtor